08 CV 03452

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victoria's Secret Stores
Brand Management, Inc.

Plaintiff,

-v-

Intertex Apparel Ltd. and
Macy's, Inc.

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Victoria's Secret Stores Brand Management, Inc.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Limited Brands Inc.

Date: April 8, 2008

Signature of Attorney: Frank J. Colucci

Attorney Bar Code: FC - 8441

Form Rule7_1.pdf  SDNY Web 10/2007