

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Victoria's Secret Stores
Brand Management, Inc.

V.

Intertex Apparel Ltd.
Macy's, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 03452

TO: (Name and address of Defendant)

Macy's, Inc.
7 West Seventh Street
Cincinnati, Ohio 45202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 0 8 2008

CLERK                                           DATE

(By) DEPUTY CLERK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/10/08 @ 10:45A.M. |
| NAME OF SERVER *(PRINT)* DEBORAH LaPOINTE | TITLE | DIRECTOR/PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: MACY'S, INC., c/o Registered Agent Corporation Service Co. 80 State Street, Albany, N.Y.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/10/08
*Date*

*Signature of Server*

DLS, INC.
100 State Street, Albany, N.Y.
*Address of Server*

Notary Public

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.