AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Victoria's Secret Stores
Brand Management, Inc.

V.

Intertex Apparel Ltd.
Macy's, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 08 CV 03452

TO: (Name and address of Defendant)

Intertex Apparel Ltd.
1400 Broadway, 18th Floor
New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____   CLERK

(By) DEPUTY CLERK

DATE  APR 0 8 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-9-08 |
| NAME OF SERVER (PRINT) Anisha McBrown | TITLE private investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Intertex Apparel LTD 1400 Broadway 18th floor, NY NY 10018. Served Jack Setton / president

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-08
Date

_Anisha McBrown_
Signature of Server

853 Broadway suite 412 NY, NY 10003
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.