UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

                                        Plaintiff,

          - against –

INTERTEX APPAREL LTD.
and MACY'S, INC.                                    Case No. 08-CV-03452 (SHS) (THK)
                                        Defendant.
-------------------------------------------------------------x
INTERTEX APPAREL LTD.,

                                 Counterclaim-Plaintiff,

          - against

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.

                                 Counterclaim-Defendant.
-------------------------------------------------------------x


**DEFENDANT INTERTEX APPAREL LTD.'S ANSWER AND AFFIRMATIVE
DEFENSES AND COUNTERCLAIMS AND DEFENDANT MACY'S, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES**

          As and for their answer and affirmative defenses, Defendant and Counterclaim

Plaintiff Intertex Apparel Ltd. ("Intertex") and Defendant Macy's, Inc. ("Macy's"),

(collectively "Defendants"), through their undersigned counsel, state as follows in

response to the Complaint filed by Plaintiff and Counterclaim Defendant Victoria's

Secret Stores Brand Management, Inc. ("Victoria's Secret"):

          1.          Defendants deny knowledge or information sufficient to form a belief as

to the truth of the allegations contained in paragraph 1 of the Complaint.

2.      Defendants admit the allegations contained in paragraph 2 of the Complaint.

3.      Defendants admit the allegations contained in paragraph 3 of the Complaint.

4.      Paragraph 4 of the Complaint sets forth a legal conclusion to which no response is required.  To the extent paragraph 4 contains any allegations, they are denied.

5.      Paragraph 5 of the Complaint sets forth a legal conclusion to which no response is required.  To the extent paragraph 5 contains any allegations, they are denied.

6.      Paragraph 6 of the Complaint sets forth a legal conclusion to which no response is required.  To the extent paragraph 6 contains any allegations, they are denied.

7.      Defendants deny the allegations contained in paragraph 7 of the Complaint to the extent that they assert Plaintiff's ownership of any purported PINK trademark, characterize the nature of any such purported trademark, or otherwise characterize the nature of any of Plaintiff's goods or purported PINK marks, and Defendants deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

8.      Defendants deny the allegations contained in paragraph 8 of the Complaint to the extent that they characterize the nature of Plaintiff's goods or purported PINK marks, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations, except admit that Victoria's Secret merchandise is sold through Victoria's Secret specialty retail store, catalogues and websites.

9.      Defendants deny the allegations contained in paragraph 9 of the Complaint, except deny knowledge or information sufficient to form a belief as to the truth or accuracy of the document attached as Exhibit A to the Complaint.

10.      Defendants deny the allegations contained in paragraph 10 of the Complaint, except state that Plaintiff has brought an action for alleged trademark infringement and unfair competition and respectfully refer the Court to the Complaint for the specific allegations set forth therein.

11.      Defendants deny the allegations contained in paragraph 11 of the Complaint to the extent that they assert any trademark or exclusive right to the mark or term PINK and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations or the truth or accuracy of the documents attached as Exhibit B to the Complaint.

12.      Defendants deny the allegations contained in paragraph 12 of the Complaint to the extent that they assert any trademark or exclusive right to the purported trademark referenced, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

13.      Defendants deny the allegations contained in paragraph 13 of the Complaint.

14.      Defendants deny the allegations contained in paragraph 14 of the Complaint.

15.      Defendants deny the allegations contained in paragraph 15 of the Complaint to the extent that they assert any trademark or exclusive right to the term or

mark PINK or to a mark or logo consisting of a silhouette of a dog and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations.

16.    Defendants deny the allegations contained in paragraph 16 of the Complaint.

17.    Defendants deny the allegations contained in paragraph 17 of the Complaint to the extent that they assert any trademark or exclusive right to the term or mark PINK or to a mark or logo consisting of a silhouette of a dog, and deny knowledge or information sufficient to form a belief as to the truth of the remaining allegations or the documents attached as Exhibit C to the Complaint.

18.    Defendants deny that Intertex sells its products to Defendant Macy's, Inc. and otherwise admits the allegations contained in Paragraph 18 of the Complaint.

19.    Defendants deny the allegations contained in paragraph 19 of the Complaint, except admit that Defendant Macy's is the parent company of the entities that own department stores named Macy's and Bloomindales, including the flagship store located in Herald Square at 34th Street and Broadway in New York City.

20.    Defendants deny the allegations contained in paragraph 20 of the Complaint.

21.    Defendants deny the allegations contained in paragraph 21 of the Complaint, except admit to certain uses on certain clothing of PINKISH and designs that include the letter "P" and the visual image of dogs, a crown, and a crest, and deny knowledge or information sufficient to form a belief as to the truth or accuracy of the documents attached as Exhibit D to the Complaint.

22.     Defendants deny the allegations contained in paragraph 22 of the Complaint.

23.     Defendants deny the allegations set forth in paragraph 23 of the Complaint.

24.     Defendants deny the allegations contained in paragraph 24 of the Complaint.

25.     Defendants incorporate by reference all of the foregoing paragraphs as if fully set forth herein.

26.     Defendants deny the allegations contained in paragraph 26 of the Complaint.

27.     Defendants deny the allegations contained in paragraph 27 of the Complaint.

28.     Defendants deny the allegations contained in paragraph 28 of the Complaint.

29.     Defendants incorporate by reference all of the foregoing paragraphs as if fully set forth herein.

30.     Defendants deny the allegations contained in paragraph 30 of the Complaint

31.     Defendants deny the allegations contained in paragraph 31 of the Complaint.

32.     Defendants incorporate by reference all of the foregoing paragraphs as if fully set forth herein.

33.     Defendants deny the allegations in paragraph 33 of the Complaint.

34.    Defendants deny the allegations contained in paragraph 34 of the Complaint.

35.    Defendants deny the allegations contained in paragraph 35 of the Complaint.

36.    Defendants deny the allegations contained in paragraph 36 of the Complaint

37.    Defendants incorporate by reference all the foregoing paragraphs as if fully set forth herein.

38.    Defendants deny the allegations contained in paragraph 38 of the Complaint.

39.    Defendants deny the allegations contained in paragraph 39 of the Complaint.

40.    Defendants deny the allegations contained in paragraph 40 of the Complaint.

41.    Defendants deny the allegations contained in paragraph 41 of the Complaint.

42.    Defendants deny the allegations contained in paragraph 42 of the Complaint.

## **AFFIRMATIVE DEFENSES**

## **FIRST DEFENSE**

The Complaint and each Count thereof fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiff's claims are barred in whole or in part by acquiescence, laches, estoppel, and/or waiver.

## THIRD DEFENSE

Plaintiff has no valid trademark or exclusive rights to the mark or term PINK because, among other reasons, it is descriptive, not distinctive or suggestive, lacks secondary meaning and is the subject of numerous third party uses.

## FOURTH DEFENSE

Plaintiff has no valid trademark or exclusive rights to the mark or logo consisting of a silhouette of a dog because, among other reasons, it is not identified with Plaintiff, lacks secondary meaning and is the subject of numerous third party uses.

## FIFTH DEFENSE

Plaintiff has no valid trademark or exclusive rights to the mark or logo consisting of or including a crown, "P," or crest design because, among other reasons, they are not identified with Plaintiff, lack secondary meaning and are the subject of numerous third party uses.

## SIXTH DEFENSE

Plaintiff's claims are barred in whole or in part by the statute of limitations.

## SEVENTH DEFENSE

Defendants' actions have not infringed and do not infringe, willfully or otherwise, on any valid, enforceable right Plaintiff owns in any trademark or other intellectual property or proprietary right.

## EIGHTH DEFENSE

Plaintiff has not been damaged and is therefore not entitled to recover damages from Defendants.

## NINTH DEFENSE

Plaintiff failed to mitigate its alleged damages.

## TENTH DEFENSE

Plaintiff fails to state a claim against Defendant Macy's, Inc. because, inter alia, it committed none of the acts it is alleged to have committed in the Complaint.

**WHEREFORE,** Defendants request an order dismissing Plaintiff's Complaint in its entirety, together with an award of costs and expenses of this action, including attorneys' fees, and such other relief as this Court deems just and proper.

## COUNTERCLAIMS

As and for its counterclaims, Defendant and Counterclaim Plaintiff Intertex, through its undersigned counsel, alleges as follows:

## JURISDICTION AND VENUE

43.    This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (b) and U.S.C. § 1121(a).

**FACTS**

44. Intertex is a manufacturer and importer of branded and private label apparel for men, women, and children with offices worldwide.

45. After Intertex introduced its "PINKISH" line of apparel in or about October 2004 (the "PINKISH line"), it sold apparel featuring, individually or in combination, the mark PINKISH, the image of two dachshund dogs (the "Double Dachshund Logo"), a crown, crest design, and/or heart (collectively, the "Other Elements").

46. In February 2004, Intertex applied for a trademark from the United States Patent and Trademark Office for the mark PINKISH.  In July 2007 that trademark was registered and assigned registration number 3261495.

47. Pursuant to the allegations of the Complaint, certain Victoria's Secret apparel includes individually or collectively the image of a retriever breed dog (the "Retriever Logo"), the term PINK, the letter "P," a heart, a crown and/or a crest design.

48. Both Intertex and Victoria's Secret offer apparel that is colored pink.

49. Although the Complaint lists a number of Victoria's Secret purported marks that include the term PINK (Complaint ¶¶ 11-17), Plaintiff fails to disclose that the term PINK was disclaimed in each and every one of its registrations for those marks.

50. Many clothing suppliers use the term PINK to brand their clothing. For example, a quick Internet search will reveal a non-exhaustive list of clothing lines from the company "ALAPINK" as well as clothing from the company "ALL PINK," which features a crown in its logo, and the clothing company THOMAS PINK, with the term PINK as its logo.  These and other examples are attached as Exhibit A.

51.     Many third parties selling apparel also own trademarks utilizing the term PINK, significantly weakening the strength of the mark.  A list of third party registered trademarks including the term PINK for use in connection with apparel is attached as Exhibit B.

52.     Similarly, Plaintiff's purported rights in the image of a dog on its apparel is very weak -- clothing with the image of a dog is commonplace in the market.  A non-exhaustive set of examples thereof is attached as Exhibit C.

53.     Further, many parties selling apparel own trademarks featuring the image of a dog, demonstrating the third party use of the purported mark.  (*See* Exhibit D).

## COUNT I
### (DECLARATORY JUDGMENT - 28 U.S.C. §2201)
### (PINK)

54.     Since 2004, Intertex has marketed and sold various apparel bearing the term PINKISH.

55.     Plaintiff's Complaint alleges that it owns the exclusive rights to marks that incorporate the term PINK, and that Defendants' PINKISH line of apparel infringes on those alleged rights.

56.     Defendants deny that Plaintiff has any trademark or exclusive rights in the term PINK, or that its use of PINKISH infringes upon any such purported rights.

57.     Therefore, an actual controversy has arisen between the parties.

58.     Intertex requests a declaratory judgment that Plaintiff has no  trademark or exclusive rights in the term PINK and that Defendants' use of PINKISH does not constitute infringement of any right of Victoria's Secret under the Lanham Act, or any other state or federal law.

**COUNT II**
**(DECLARATORY JUDGMENT - 28 U.S.C. §2201)**
**(The Retriever Logos)**

59.    Intertex sells various clothing items in its PINKISH line bearing the Double Dachshunds Logo.

60.    Victoria's Secret has filed a Complaint in this Court, alleging that it owns the exclusive rights to marks that incorporate the Retriever Logo and that Defendants' use of the Double Dachshunds Logo infringes on those alleged rights.

61.    Defendants deny that Victoria's Secret has any trademark or exclusive rights in the Retriever Logo, or that Defendants use of the Double Dachshunds Logo infringes upon any purported rights.

62.    Therefore, an actual controversy has arisen between the parties.

63.    Intertex requests a declaratory judgment that Victoria's Secret has no trademark or exclusive rights in the Retriever Logo and that Defendants' use of the Double Dachshunds Logo does not constitute infringement of any right of Victoria's Secret under the Lanham Act, or other state or federal law.

**COUNT III**
**(DECLARATORY JUDGMENT - 28 U.S.C. §2201)**
**(The Other Elements)**

64.    Since 2004, Intertex has marketed and sold various clothing products bearing images of the Other Elements.

65.    Victoria's Secret Complaint alleges that it owns the exclusive rights marks that include a crown, crest, heart, and the letter "P," and that Defendants' Pinkish line of apparel infringes on those alleged rights.

66.     Defendants deny that Plaintiff has any trademark or exclusive right in the aforementioned elements, or that the use of the Other Elements constitutes infringement or other violation of any right of Victoria's Secret.

67.     Therefore, an actual controversy has arisen between the parties.

68.     Intertex requests declaratory judgment that Victoria's Secret has no trademark or exclusive rights in the aforementioned elements, and that Defendants' use of the Other Elements does not constitute infringement of any right of Victoria's Secret under the Lanham Act, or other state or federal law.

WHEREFORE, Defendant and Counterclaim Plaintiff Intertex respectfully prays for this Court's order:

A)     Declaring that Victoria's Secret does not own trademark or exclusive rights in the term PINK, Retriever logo, or design of a crest, crown, heart or the letter "P;" and that

B)     The PINKISH line does not infringe any right Victoria's Secret may have under the Lanham Act, state unfair competition law, or other similar right;

C)     For Intertex's attorneys' fees and costs incurred in this matter; and

D)      For such other and further relief as this Court deems just and proper.


Dated: April 29, 2007                      SONNENSCHEIN NATH & ROSENTHAL LLP
       New York, NY


                                           _____/s/ Martin P. Michael_____
                                           Martin P. Michael (MM-6867)
                                           David R. Baum (DB-5013)
                                           Rebecca Hughes Parker (RP-6262)

                                           1221 Avenue of the Americas
                                           New York, New York 10020
                                           Tel:   (212) 768-6700
                                           Fax:  (212) 768-6800

# EXHIBIT A (PART 1)

Pink Tees, Pink Tops and All Pink Clothing Online    Document 6-2    Filed 04/29/2008    Page 2 of 21

Hello, you're not logged in. Login now!
Shopping Cart  (0 Articles : $ 0.00)

Help?

Open Your own Shop!



# a la pink

Pink Tees, Pink Tops and All Pink Clothing Online - UK Shoppers **click here**
- Visit our "All Pink Website" website **alapink.com** a website for everything pink online!

Shop
**Graphic**
**Purchase**
**Help ?**

All Articles

Page 1 of 3
1 2 3 ▶ ▶▶
Products 1 to 12 of 33

## Aloha Girl - Yoga Top



**Juniors' Yoga Top**
Size · · · ▼
Price $ 21.99  Add to cart

## I luv you - Pink Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**
Size · · · ▼
Price $ 21.99  Add to cart

## Graphic - Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**

Size ··· ▾

Price $ 23.49   Add to cart

## Graphic - Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**

Size ··· ▾

Price $ 23.49   Add to cart

## I Heart Pink - White Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**

Size ··· ▾

Price $ 21.99   Add to cart

## I Heart Pink - Pink Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**

Size ··· ▾
Price $ 21.99   Add to cart

## I Heart Pink - Soft Pink Ladies Zipper Hoodie



**Ladies Zipper Hoodie**

Size ··· ▾
Price $ 38.99   Add to cart

## I Heart Pink - White Junior's Camisole



**Junior's Camisole**

Size ··· ▾
Price $ 19.99   Add to cart

## I Heart Pink - Yoga Top



**Juniors' Yoga Top**
Size `···` ▾
Price $ 21.99   Add to cart

## I Heart Pink - Black Messenger Bag



**Messenger Bag**
Size One size
Price $ 27.99   Add to cart

## Princess - Black Messenger Bag



**Messenger Bag**
Size One size
Price $ 29.99   Add to cart

## Princess - Rhinestones - Pink Junior's Cap Sleeve Tee



**Juniors' Cap Sleeve Tee**

Size ···

Price $ 21.99   Add to cart

Page 1 of 3
1 2 3 ►► ►►►
Products 1 to 12 of 33

**Terms of Service**

**Contact**

**Privacy**

**Intellectual Property**

**RSS Feed**

**Help ?**

The **Shop Partner** s solely and exclusively responsible for the content and design of the shop. **Click here** to open your own shop and create your own

products for free.

powered by
spreadshirt



Top » Catalog » Football Jerseys »

My Account  |  Cart Contents  |  Checkout

 

**Categories**

US MAGAZINE SPECIALS! (3)
Poker Choker Necklaces (9)
Tanks-> (49)
Baseball Jerseys-> (10)
Raglans (4)
**Football Jerseys** (5)

**What's New?**



Crown Tank - White
$24.00

**Quick Find**

Use keywords to find the
product you are looking for.
**Advanced Search**

**Information**

Shipping & Returns
Privacy Notice
Conditions of Use
Contact Us
AS SEEN IN...
About Us
Links

**Tuesday 22 April, 2008**

# All Pink Signature Jersey          $50.00

Available Options:
Size: [Extra Large ▼]




Click to enlarge

This product was added to our catalog on Sunday 06 June, 2004.

[ Reviews ]                    [ Add to Cart ]

**Customers who bought this product also purchased**



ALL PINK WITH STONES -- PINK

**Shopping Cart** 

0 items

**Notifications**

Notify me
of updates
to **All
Pink
Signature
Jersey**

**Tell A Friend**



Tell someone you
know about this
product.

**Reviews**

  Write a
review on
this
product!

**Languages**



**Currencies**

[US Dollar ▼]

**294104 requests since Sunday 30 May, 2004**









Pink Silk Clothing From The Pink Superstore - Dreamsacks Silk Clothing, Pink Silk Bedding, Silk Nightgowns, Silk Jacquard...    Page 1 of 2

# The Pink Superstore

**Fun Novelties    Unique Gift Ideas    Everything Pink**

Anything Pink

**View Cart**

**Pink Gifts**

Top Sellers
New Items
Specials
Directory

Novelties
Treasures
Love Gifts
Perfumes
Bath & Body
Kids Korner
Fashions
Handbags
Diaper Bags
Watches
Daily Life
Candles
Wall Art

| Pink Fashions | Directory |

Anything Pink

**Hot Items**



*Tough Chic
Boxing Gloves
$20.00*



*Floating AM FM
Ducky Radio
$20.00*



*Singing Dancing
King Of Pigs
$20.00*

Silk Nightgowns



**Silk Jacquard Robe
By Dreamsacks
Soft Pink
Pink Price $98.00**

**Click Here**

Silk Nightgowns

**Silk Cerise Robe
By Dreamsacks
Yellow / Candy Pink
Pink Price $118.00**

**Click Here**

Silk Nightgowns



Silk Clothing

**Silk Cashmere Robe
By Dreamsacks
Soft Pink
Pink Price $228.00**

**Click Here**

Silk Clothing

**Silk Nightgown
By Dreamsacks
Candy Pink
Pink Price $84.00**

**Click Here**

Silk Clothing

Silk Pajamas

**Silk Pajamas
By Dreamsacks
Soft Pink
Pink Price $104.00**

**Click Here**

Silk Pajamas

**Silk Nightgown
By Dreamsacks
Soft Pink
Pink Price $84.00**

**Click Here**

Silk Pajamas

4/22/2008

Pink Silk Clothing From The Pink Superstore - Dreamsacks Silk Clothing, Pink Silk Bedding, Silk Nightgowns, Silk Jacquard...   Page 2 of 2

*Home*

*Contact*

*Comments*

*Ordering*

*Shipping Policy*

*Return Policy*

*Privacy Policy*

Silk Cropped Pants
By Dreamsacks
Passion Pink
Pink Price $64.00
*Click Here*

Silk Nightgowns

Dreamsacks

Silk Nightshirt
By Dreamsacks
Passion Pink
Pink Price $74.00
*Click Here*

Silk Clothing

Silk Tunic Nightshirt
By Dreamsacks
Candy Pink
Pink Price $56.00
*Click Here*

Silk Pajamas

Silk Pajamas

*The Pink Superstore is a Unique Place for those who Love the color Pink.
Pink is a Sleek, Stylish Color that Expresses Beauty and Elegance.*

*Our Mission is to Give Customers the Highest Quality Products
Very Competitive Prices and Fast Service Every Time!*

| Contact Us | Company Profile | Shipping Policy |
| Returns & Refunds | Privacy Statement |



*All Major Credit Cards Accepted*

© Copyright 2007 Pink Superstore All Rights Reserved

*Decor*

*Bedding*

*Furniture*

*Electronics*

*Outdoors*

*Themes*

*Musical Instruments*

Everything Pink

*Send A Gift Certificate*

Page 1 of 2

Little Pink Line Funny Maternity Shirts and Funny Maternity Clothes for Rocking Moms To Be

# little pink line

## Free Shipping for Valentines orders in the USA
## Our Most Popular Valentines Maternity Styles:



**Barefoot and Pregnant**

view item

$34.95



**Virgin**

view item

$34.95



**MILF**

view item

$34.95







### Shop by Category:

**Pregnant Pinup Maternity T-shirts**

Barefoot and Pregnant

Born to Breed

Foxy Mama

Who's Your Mama

**Trash Talk Maternity T-shirts**

I'm with Stupid

Virgin

Whose My Daddy

**Garage Punk Maternity T-shirts**

Bowling Ball

Lucky Bastard

Punk Graffiti

**MILF Maternity Yoga Pants**

MILF

4/22/2008

http://www.littlepinkline.com/



Little Pink Line Funny Maternity Shirts and Funny Maternity Clothes for Rocking Moms To Be

Page 2 of 2

**Foxy Mama**
$34.95
view item

**I'm with Stupid**
$34.95
view item

**Bowling Ball**
$34.95
view item

secure checkout

© 2005 - 2008 Little Pink Line

4/22/2008

PINKMASCARA

DESIGNERS | DEPARTMENTS | WHAT'S NEW | LOOKBOOK | TRENDS | GIFT IDEAS | CUSTOMER SERVICE | SALE

log in | register | wishlist

Live Chat ONLINE | 1.866.740.7465 | Locations

view bag 0 item(s) $0.00

Search | GO

Velvet Clothing

# velvet
### BY GRAHAM & SPENCER

The Velvet collection, designed by Jenny Graham and Toni Spencer, fuses quality with trend-setting basics to create soft and sensuous apparel that flatters the figure without sacrificing feminine fit and beauty. Sold from New York to Tokyo, Velvet's trend-setting basics are modern-day classics.

View All
Page 1 2 ▶



**Velvet Karma T-Shirt**
$57.00



**Velvet Steffi Wrap Sweater**
$79.00



**Velvet Kelisha Jersey Cami Tunic in White**
$55.00



**Velvet Kelisha Jersey Cami Tunic in Black**
$55.00

Velvet Clothing at Pink Mascara



Velvet Elisha Jersey Tunic in Black
$55.00



Velvet Elisha Jersey Tunic in White
$55.00



Velvet Marci Dress
$123.00

Velvet Dawn Jersey Dress
$114.00



Velvet Petria Turtleneck
$97.00 $48.50

Page 1 2



Velvet Larista Silk Habotoi Dress
$174.00



Velvet Cassy Gauz Dress
$119.00



Velvet Monett Crochet Jersey Tunic
$97.00

Case 1:08-cv-03452-SHS-THK    Document 6-2    Filed 04/29/2008    Page 16 of 21

Velvet Clothing at Pink Mascara





FREE GROUND SHIPPING

LOEFFLER RANDALL

Site Map

Terms + Conditions
Site Powered by UnitedU E-commerce

Security + Privacy
© 2007 Pink Mascara, All rights reserved.

Contact Us

Affiliate Program

Shipping

Press

Our Company

Gift Ideas

Mike & Chris
Milly
MINT jodi arnold
MK2K
Moss Mills
Motif 56
Myne
Monrow
NatioN Ltd.
Nu Collective
Orka Mesica
Puella
Rachel Leigh
Rachel Pally
Rebecca Taylor
Rich & Skinny
Robert Rodriguez
Rory Beca
Sana Candles

http://www.pinkmascara.com/pinkmascara/dept.asp?dept_id=3089

4/22/2008

The Pink Poodle Vintage Clothing & Accessories at Ruby Lane : Vintage Clothing & Accessories



# The Pink Poodle Vintage Clothing & Accessories

Vintage Clothing & Accessories
*Exclusively on Ruby Lane. Member since October 2004 View Profile*

**The Pink Poodle offers quality vintage clothing and accessories from the 1940s – 1980s for Women and Girls.**

The Pink Poodle Vintage Clothing & Accessories at Ruby Lane : Vintage Clothing & Accessories

▶ View All Shop's Items (159)

## About The Pink Poodle Vintage Clothing & Accessories

**Our Service Pledge To You:**
Proud member of The Vintage Fashion Guild. I pledge to properly describe every item, provide excellent customer service, ship promptly and ensure that all items arrive at your door safely. I respond to all orders within 24 hours. I have been selling on Ebay for several years. Please check out my 100% Positive Feedback Rating at Ebay. (pinkpoodlevintage).

**About Us**

I have always loved buying and wearing vintage clothing and have been doing so for the past 20 years. I strive to bring customers only the best in vintage clothing and accessories at great prices. All items are handpicked and inspected for any flaws and are guaranteed to be authentic. I have a very large inventory, so if there is something you may be looking for or just have a question about any item I'm offering, please do not hesitate to email or call me. I am happy to answer any and all questions.

**Measurements**

I take great care in inspecting and measuring all garments as accurately as possible. Garments are measured flat across the bust, waist and hips, then doubled for bust, waist and hips.

I advise measuring a similar garment of your own that fits you well and than measure it flat as stated above.

Sleeves are measured on the outside from the seam where they join the shoulder (or where shoulder would be if there is no seam) to the end of sleeve.

Length is taken from front top shoulder seam to the bottom hem. Pants/Skirts/Shorts - taken at waistline to bottom hem.

Inseam - Pants/Shorts - measured on the inside from crotch seam to hem.

**Condition of Apparel:**

**Like New** - Mint condition, garment is like when it was new.
**Excellent** - No signs of wear, no flaws.
**Very Good** - Well cared for item. Possible imperfections not noticeable to the naked eye for example: discolorations on linings, small snags, spots not

http://www.rubylane.com/shops/pinkpoodlevintage

4/22/2008

The Pink Dress Shop - a women's clothing and accessory boutique where everything is pretty, fashionable and fun!





A women's clothing and accessory boutique where everything is PRETTY, FASHIONABLE and FUN!

ABOUT

DESIGNERS

FASHION UPDATE

PRESS

CONTACT

The Pink Dress

81 MAIN STREET
MADISON, NJ 07940
PHONE: 973-410-9595

The Pink Dress | 81 Main Street Madison, NJ 07940 | (973) 410 9595

About | Designers | Fashion Update | Press | Contact

The Pink Dress Shop - a women's clothing and accessory boutique where everything is pretty, fashionable and fun!

4/22/2008

## ABOUT US



**Welcome to the virtual home of The Pink Dress.** The Pink Dress is an intimate, comfortable shop where you'll find everything you need for a special night out or just a little pick me up.

I opened The Pink Dress because I love fashion and people. I've been lucky enough to work in New York City for 12 years as a buyer and wanted to share everything I've learned with you. It's the place to come to feel pretty, be fashionable and have a bit of fun along the way.

Our style is hip but sophisticated -- that NY sensibility without the commute! I always wanted a place women could come, shop with their friends and have a good time. I want women to feel good about themselves and their bodies -- together I promise, we'll find just the right look for you.

We carry carefully selected pieces to help perfect your wardrobe. Everything from beautiful dresses to casual jeans (because a person can never have too many pairs of jeans!) I've thought of everything a woman could need, including the pretty little bra to wear under your new favorite blouse. I also wanted to help out a few local ladies who make handmade jewelry and belts, so I sell their beautiful items that can't be found anywhere else!

**Why The Pink Dress?** Because a dress is the quintessential piece of a woman's wardrobe and pink is my favorite color. It is happy, warm and inviting

http://www.thepinkdressshop.com/about.html

The Pink Dress Shop - a women's clothing and accessory boutique where everything is pretty, fashionable and fun!



HOME
ABOUT
DESIGNERS
FASHION UPDATE
PRESS
CONTACT

just like my shop -- that really is pink! It has an open feeling with large front windows, wood floors and a big, sparkly crystal chandelier. So call a friend and stop by!

The Pink Dress | 81 Main Street Madison, NJ 07940 | I

About | Designers | Fashion Update | Press | C

# EXHIBIT A (PART 2)



DRAGONFLY  CLOTHING



# about us: the story

The concept of Pink Dragonfly emerged during my own hospitalization for Anorexia Nervosa. While still in early recovery, I decided to combine my love of graphic design and fashion and start a clothing company that celebrates the courageous spirit of individuals in recovery from eating disorders and gives a voice to a very private and painful disorder; a voice that challenges the cultural ideal of beauty and promotes positive body image.

**Pink Dragonfly** is that voice.

*percent of sales supports eating disorder awareness and prevention



Love Your Body

Hello, you're not logged in. Login now!  |  Shopping Cart  (0 Articles : $ 0.00)

Help?

Open Your own Shop!

| Shop | Graphic | Purchase | Help ? |

SSL secure

All categories ▾    All Articles ▾

Page 1 of 5        1 2 3 4 5        Products 1 to 48 of 203

## Change Hoodie



Women's Hooded Sweatshirt

$ 39.00

## Change Black Track Jacket



AA Track Jacket

$ 38.90

## Change White Track Jacket

AA Track Jacket

$ 38.90

## Change Women's Black Preformance Tee

## Change Women's Preformance Tee

## Change Tote





Women's Performance Tee

Women's Performance Tee

Natural Cotton Tote

$ 34.10

$ 34.00

$ 34.90

Page 1 of 5                                1 2 3 4 5                        Products 1 to 48 of 203

Terms of Service | Contact | Privacy | Intellectual Property | RSS Feed | Help ? |

The Shop Partner s solely and exclusively responsible for the content and design of the shop. Click here to open your own shop and create your own products for free.







# about us: the story

The concept of Pink Dragonfly emerged during my own hospitalization for Anorexia Nervosa. While still in early recovery, I decided to combine my love of graphic design and fashion and start a clothing company that celebrates the courageous spirit of individuals in recovery from eating disorders and gives a voice to a very private and painful disorder; a voice that challenges the cultural ideal of beauty and promotes positive body image.

**Pink Dragonfly** is that voice.

*percent of sales supports eating disorder awareness and prevention



Love Your Body

Hello, you're not logged in. Login now! | Shopping Cart (0 Articles : $ 0.00)

Help?
Open Your own Shop!

| Shop | Graphic | Purchase | Help ? | | SSL secure |

# Contact Us

This shop is owned and managed by:

**Erin Kroll**

Pink Dragonfly Clothing Co.
459 Allen Ave
Unit 19
Portland, ME 04103
US

E-Mail: erinkroll at yahoo.com

The owner of this shop, as listed above, is responsible for all graphics, designs and content in the shop, including those on products and making up the shop itself.

This online shop operates from a platform provided by Spreadshirt. Spreadshirt is responsible for the technical functions of this shop and order processing.
An order from a Spreadshirt shop creates a contract for order production and delivery with Spreadshirt Inc. - not the Shop operator. All terms and conditions of Spreadshirt Inc. apply to use of the shop for these purposes and to those orders.

## Spreadshirt

Spreadshirt, Inc.
1572 Roseytown Road
Greensburg, PA 15601-4140

E-Mail: info@spreadshirt.com
http://www.spreadshirt.com
Phone: 1-800-381-0815
Fax: 1-877-202-0251

Terms of Service | Contact | Privacy | Intellectual Property | RSS Feed | Help ? |

The Shop Partner s solely and exclusively responsible for the content and design of the shop. Click here to open your own shop and create your own products for free.



# Speak Up Designs

Home  Shopping Cart  Newest Designs  Links  About Us  Contact Us  Coupons  Share this Page

**Enter our Contest** for a chance to **win a free shirt!!!**

IRISH ST. PAT'S    Breast Cancer Awareness

Breast Cancer Awareness T-Shirts

## Think Pink T-Shirts - Think Pink Clothing

### Think Pink T-Shirt

**Think Pink T-Shirts** and **Think Pink Clothing** waiting for you in our **Breast Cancer Awareness** Store. We have great **Breast Cancer Awareness** Shirts for men, women, children and even baby! We have **Think Pink** on everything, from Think Pink clothing, Think Pink shirts, Think Pink gifts, and Think Pink posters.

Looking for that special **Breast Cancer Awareness T-Shirt** that you can't seem to find? Look through the thousands of **Breast Cancer Awareness Designs** that are available. Be sure to use the coupons shown on the right to save money off your entire order of **Breast Cancer Awareness Clothing** and **Breast Cancer Awareness Gifts.**

1,504 Designs on 46,783 T-Shirts & Gifts

**Narrow your Search:** health breast cancer breast cancer awareness breast cancer survivor cancer breastcancerawareness survivor breast cancer awareness walk awareness cancer awareness

Narrow by Product Type  [Select your chosen product ▾]

[Search]  [Filter the Products]

THINK PINK

I'm wearing Pink for My Mom

Battling with Blisters for my Sisters!

Home | Cart | Email Us

**Personalized Pink Ribbon T-Shirts**

**Search Speak Up Designs**
[_____] [Search]

**Search our Affiliates 90 Million T-Shirts & Gifts**
[_____] [Search]

**Categories**
Breast Cancer Shirts
Think Pink T-Shirts
Fight Like a Girl Shirts
Real Men Wear Pink Shirts

Personalized Breast Cancer T-Shirts

Speak Up!

StumbleUpon

COUPONS

Save $5 off $40 use the code SRV370 at checkout
Expires 4/25

Save $5 off $40 use the code SRV370 at checkout
Expires 4/25

Save $5 off $40 use the code SRV370 at checkout
Expires 4/25

Coupon Feed

STORE NEWSLETTER

Enter to Win a Free Shirt - 20% Off Sales & coupons! Enter your email
[_____] [Submit]

VOTE FOR US
Click here to vote for us a

# Think Pink T Shirts - Breast Cancer Awareness - T-Shirts - Think Pink Clothing



Vote for my Shirt!
www.t-shirtcountdown.com
t-shirtcountdown
1 shirtsystem.com
3rd
thetshirtshop.com
BEST MILITARY WEBSITE
BestMilitarySites.com

Breast Cancer Awareness Shirts
Save the Boobies Shirts
Walk for a Cure T-Shirts
Breast Cancer Survivor Shirts
Pink Ribbon T-Shirts
Save Second Base T-Shirts
Pink Cancer T-Shirt
I Fight Like a Girl T-Shirts
Breast Cancer Mom Shirts
Breast Cancer Grandma Shirts
Breast Cancer Sister Shirts
Breast Cancer Wife Shirts
Breast Cancer Daughter T-Shirts
Breast Cancer Aunt Shirts
Breast Cancer Friend Shirts
I wear Pink T-Shirts
Breast Cancer Walk Clothing
I Bleed Pink T-Shirts
Breast Cancer Hero T-Shirts
Live Pink T-Shirts
I wear Pink for Me T-Shirts

**ZOOM**

**Pink Ribbon Buttons & Magnets**
Pink Ribbon Buttons & Magnets



**ZOOM**

**I&apos;m Wearing Pink For My Mom**
I&apos;m Wearing Pink For My Mom

  

**ZOOM**

**Think Pink Ribbon Design (Dark)**
Think Pink Ribbon Design (Dark)

   

**ZOOM**

**Celebrate Life**
Celebrate Life

**ZOOM**

**Think Pink**
Think Pink

**ZOOM**

**Think Pink**
Think Pink



**ZOOM**

**Think Pink Ribbon**
Think Pink Ribbon



**ZOOM**

**Think Pink**
Think Pink

**ZOOM**

**Think Pink (1)**
Think Pink (1)

 

**ZOOM**

**Think Pink pink ribbon**
Think Pink pink ribbon

  

**ZOOM**

**Think Pink Ribbon**
Think Pink Ribbon

   

**ZOOM**



Think Pink T Shirts - Breast Cancer Awareness - T-Shirts - Think Pink Clothing



Pretty in Pink Shirts

BCA Shirts

Breast Cancer Clothing

Breast Cancer Awareness Clothing

**ZOOM**

**Registered Nurses Think Pink**
Registered Nurses Think Pink

**ZOOM**

**MK Stuff!**
MK Stuff!

**ZOOM**

**Think Pink!**
Think Pink!

THINK PINK

**ZOOM**

**Think Pink - Support**
Think Pink - Support

Page 1 Page 2 Page 3 Page 4 ..... Page 32 Next Page

**ZOOM**

**think pink**
think pink

**ZOOM**

**Think Pink**
Think Pink

Irish T-Shirts St. Patricks Day T-Shirts Cafepress Coupon Irish T-Shirt St. Patrick's Day T-Shirts

©SpeakUpDesigns.com, respective shopkeeper/designers at CafePress and CafePress.com. All rights reserved.

La La Land Shirts

T-Shirts Banner Exchange

FREE! 1000 IMPRESSIONS WHEN YOU SIGN UP!

PINKICE





LOGIN  /  MY ACCOUNT  /  WISH LIST  /  SHOPPING BAG

ALL

Free Shipping! $75 or more
Domestic Standard ONLY (AK, HI and PO Box additional $5)
International Priority $25 flat rate, AP/O/FPO additional $10

About Pink Ice
Customer Service
Download Flyers
What's NEW
FUN Stuff

What's New
Mix & Match
Products

- **Tops**
  Camis & Tanks
  Tops
  Graphic tees & Tanks
  Sweaters & Knits
  Tunics
  Vests
  Hoodies
  Coats & Jackets
- **Bottoms**
  Pants
  Skirts
  Shorts
- **Dresses**
- **Denim**
- **Basics**
  Basic Tops
  Basic Bottoms
- **Shoes**
  - **Accessories**
  Jewelery
  Hats



**PINKICE**

Bags & Gifts



# Smooth Sailing into Summer

Enjoy your days out in the sunshine in a light and flowy sun-dress.

All styles come in different colors!

Summer is coming and bringing in a new wave of exciting new products. Lots of new camis, graphic tees and tanks, colorful skinny jeans, tunics, dresses, charmed necklaces, earrings, bangels and rhinestone trucker hats! We're sure you'll find some items you'll just fall in love with. <3

PINK ICE

PINKICE

Copyright© 2008 Pink Ice California Dream Company, Inc.
All rights reserved.

ABOUT US  /  CONTACT US  /  PRIVACY & SECURITY  /  TERMS & CONDITIONS

PINKICE







http://www.pinkicestore.com/Global/point.asp

LOGIN / MY ACCOUNT / WISH LIST / SHOPPING BAG

ALL

Free Shipping! $75 or more
Domestic standard ONLY (AK,HI and PO Box additional $5)
International Priority $35 flat rate. AK/PFO additional $11

Download Flyers

FUN Stuff

Customer Service

About Pink Ice

**Pick & Choose** Earn Pink Ice points shopping & referring us to a friend!

**Download Flyers**

Earn Pink Ice points shopping & referring us to a friend!





E-mail    Download    E-mail a friend

E-mail    Download    E-mail a friend







What's New

Mix & Match

Products

- **Tops**
  Camis & Tanks
  Tops
  Graphic tees & Tanks
  Sweaters & Knits
  Tunics
  Vests
  Hoodies
  Coats & Jackets
- **Bottoms**
  Pants
  Skirts
  Shorts
- **Dresses**
- **Denim**
- **Basics**
  Basic Tops
  Basic Bottoms
- **Shoes**
- **Accessories**
  Jewelry
  Hats

PINKICE

Bags & Gifts









E-mail
Earn Pink Ice points shopping & referring us to a friend!
→ Download    → E-mail a friend

E-mail
Earn Pink Ice points shopping & referring us to a friend!
→ Download    → E-mail a friend







Copyright© 2008 Pink Ice California Dream Company, Inc.
All rights reserved.

ABOUT US  /  CONTACT US  /  PRIVACY & SECURITY  /  TERMS & CONDITIONS

- College Publisher Network

- Join the College Publisher Network
- Advertise Across the Network
- View Network Affiliates


- Select your search method
- Search

- ● Search This Paper
- ○ Search Google

- Music
- Jobs
- Top National College News
- Money
- Books

Anchorage Weather    ?
45°F /28°F

Home > A & E

# Pink Conkrete boutique offers edgy, feminine clothing

**Renee Dillard**

**Issue date:** 4/8/08 **Section:** A & E
Nothing can stand between determined shoppers and their destinations. So despite a sporadic snowfall on April 5, consumers still flocked to the grand opening of Anchorage's newest boutique - Pink Conkrete.

The event offered first-time customers the chance to eat, drink and update their wardrobes, just in time for the warmer months. Attendees received 20 percent off their purchases and could enter a raffle for a chance to win a $200 gift certificate.

And with every buyer that entered the store, owner Christina Diaz inched closer to making her longtime goal a success. Diaz, who also owns The Loft Hair Design in Anchorage, said she hopes opening her own boutique will prepare her to start her own clothing line in the future.

"I've been wanting to do this for a long time," Diaz said. "I am a shopping fanatic, so I thought, why not turn my hobby into a career?"

The boutique, located at the intersection of Lake Otis Parkway and Abbot Road, targets women ages 25 to 45, Diaz said. However, it carries clothes that both women and men of various ages can appreciate and enjoy, providing fun and funky articles of casual-wear that can be worn to a club, party or semiformal event. And the store offers something that many places in Anchorage don't - access to styles that reflect the latest trends made popular outside Alaska's borders.



Media Credit: Chris Legge
[Click to enlarge]



Media Credit: Chris Legge
[Click to enlarge]

Case 1:08-cv-02452-SHS-THK    Document 1-8

"I heard there are so many new things here," said 23-year-old Kimberley Arwine. "It's a lot of Lower 48 styles, so I really like it. Everything is very trendy."



Media Credit: Chris Legge
[Click to enlarge]

On a practical note, the smart shopper might be surprised by some of the good buys that Pink Conkrete offers. The boutique offers popular brands like Free People, Sweet Pea and It Jeans. Some jeans are available for as low as $40. T-shirts are also reasonably priced at $15, while long-sleeve shirts are available for $20. Hats and other accessories also cost as low as $30.

However, most of Pink Conkrete's prices are not ideal for the bargain seeker. This store could potentially burn a significant hole in the everyday shopaholic's wallet.



Media Credit: Chris Legge
[Click to enlarge]

Most of the jeans cost between $140 and $200, while the shirts range in price, depending on the designer, from as low as $40 to as high as $100. Jackets, sweaters and other over-garments cost more than $100, and the dresses range from about $140 to $170. Handbags are also available, varying in price from about $30 to as much as $100 or more a piece.

So why spend more money when other chic styles are available elsewhere for better prices? Diaz said it is all about what's on that designer tag.

"The brands I carry are in the middle price range because people have heard of them before," she said. "They are pricier because of their name."

But for shoppers who still find it difficult to agree with the hefty price tag, the helpful employees and hospitable atmosphere might make it worth spending the extra dollar. If that doesn't do it, consumers might also consider the notion that unlike with other popular stores, Pink Conkrete's clothes and accessories are fundamentally one of a kind.

"If I saw 15, 20 people with the same item, I would lose the excitement of it," Diaz said. "When you find something unique, you feel special about it, and so you'll pay a little more for it."

And with clothes that go relatively unseen anywhere else, Pink Conkrete lends itself to more than uniqueness. It offers its customers flexibility, speaking to the tastes of both conservative and off-the-wall shoppers. And some people, like 21-year-old Whitney Froehlich, play both roles.

"I love all the styles," Froehlich said. "This store just offers something different and new in Anchorage."
Page **1** of 1

## Article Tools

**Share:**

- Facebook
- Blogger
- del.icio.us
- digg
- newsvine

**Subscribe:**

- My Yahoo!
- Google

# Be the first to comment on this story

- Name: (required)
- Email: (required)
- ⠀⠀⠀⠀⠀⠀⠀⠀NOTE: Email address will not be published
- Website:

☐ Notify me of followup comments via e-mail

Type your comment below (html not allowed)



☐ **I am not posting spam.** I understand posting spam or other comments that are unrelated to this article will cause my comment to be flagged for deletion and possibly cause my IP address to be permanently banned from this server.

Post

National College Advertising and Marketing | Privacy Policy (8/15/07) | Terms of Use (8/15/07)
Content Submission Agreement (8/23/07) | Copyright Compliance Policy (8/25/07) | RSS Terms of Use
College Publisher powered by mtvU and MTV Networks





# EXHIBIT B

**EXHIBIT B**

**TRADEMARK CITATIONS**

The following marks are registered in class 25 (clothing) and/or class 35 (clothing sales):

| | *MARK AND REGISTRATION NO.* | *CURRENT OWNER* | *GOODS* |
|---|---|---|---|
| 1. | LEPINK, Registration No. 2,993,903 | MASS CREATION, INC. | Class 25: clothing, namely, shirts, pants, jeans, dresses, skirts, blouses, jackets, sweaters, coats; footwear and headwear |
| 2. | PINKEEZ, Registration No. 3,319,566 | STEP STEP UP, INC. | Class 25: clothing, namely, belts, blouses, bottoms, sport coats, suit coats, top coats, overcoats, combinations, jackets, wind resistant jackets, jeans, jogging suits, jumpers, knee highs, knickers, miniskirts, pants, shirts, shorts, bermuda shorts, skirts, skorts, warm-up suits, sweaters, turtleneck sweaters, t-shirts; bathing suits, beachwear, body suits, boxer shorts, bras, briefs, camisoles, capes, cardigans, chaps, chemises, leather coats, coveralls, dresses, dungarees, gloves, gym suits, gym shorts, halter tops, hats, head bands, jerkins, jerseys, jumpsuits, leather jackets, leg warmers, leggings, mantillas, mantles, mufflers, overalls, pantsuits, pedal pushers, pullovers, quilted vests, rompers, shifts, knit shins, sweat shirts, sport shirts, polo shirts, shoes, short sets, sweat shorts, socks, vested suits, sweat suits, sweat pants, v-neck sweaters, tops, tank tops, tracksuits, vests |
| 3. | PINKYWEAR, Registration No. 2,509,206 | CALIFORNIA DREAM CO., INC. | Class 35: retail shops featuring casual, trendy clothing, shoes, undergarments and accessories for teenage girls ages 13-18, |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | namely blouses, jackets, t-shirts, dresses, miniskirts, sarongs, shorts, jeans, overalls, lingerie, hose, pajamas, platform shoes, canvas shoes, sandals, hand bags, costume jewelry, sunglasses, cowboy hats, beach hats, hair pins and scrunchies |
| 4. | PINKY, Registration No. 1,475,976 | HAMCO, INC. | Class 25: [babies' sleepwear and] babies' textile bibs |
| 5. | PINK & PINK, Registration No. 2,573,971 | TURBO CAT, INC. | Class 25: shoes and footwear |
| 6. | PINKHOUSE, Registration No. 2,956,916 | STRETCH-O-RAMA, INC. | Class 25: children's clothing, namely, pants, jackets, outercoats, shirts, skirts, dresses, suits, jeans, jumpers, overalls, jumpsuits, playsuits, shorts, shoes, boots and slippers and thermal underwear |
| 7. | PINK CLUB, Registration No. 3,140,880 | KIDD, PAMELA<br><br>LINN, PAIGE | Class 25: clothing, namely, aprons, athletic shoes, athletic uniforms, baby footwear, ball gowns, bath slippers, bathing suits, bathrobes, bras, beach shoes, beachwear, belts, bermuda shorts, bib overalls, bicycle gloves, bikinis, blazers, blouses, boas, bonnets, booties, boots, bow ties, briefs, camp shirts, capes, cardigans, coats, cheerleader uniforms, dance outfits, denim jackets, dresses, dungarees, ear muffs, fleece pullovers, formal wear, namely, evening gowns, bridal gowns and tuxedos; foot wear, fur coats, fur jackets, fur skirts, fur vests, fur footwear, fur head wear, gloves, gowns, gym shorts, sun suits, halter tops, hat bands, hats, head bands, |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | headwear, namely hats and caps; hoods, hosiery, infant wear, infant footwear, jackets, jeans, jerseys, jogging suits, leather coats, leather jackets, loungewear, mini skirts, mittens, moccasins, mock turtle-neck sweaters, turtleneck sweaters, mufflers, neckties, neckwear, night gowns, night shirts, t-shirts, shoes, skirts, shirts, sweaters, panties, pajamas, pantsuits, pantyhose, parkas, polo shirts, ponchos, pullovers, rain boots, rain coats, trench coats, rain jackets, rain suits, rainwear, robes, shorts, scarves, shoes, skorts, slacks, sleepwear, slippers, slips, sneakers, socks, sport shirts, sports jackets, suits, sun visors, surf wear, swimming trunks, sweat pants, sweat shirts, sweat skirts, sweat shorts, sweat tops, sweaters, sweat socks, swim trunks, swimsuits, tank tops, teddies, tennis wear, thongs, ties, tights, tops, trousers, t-shirts, tuxedos, underclothes, undershirts, underwear, vests, work-out outfits, wraps, wrist bands<br><br>Class 35: retail store services featuring jewelry and clothing |
| 8. | PINK MAGIC, Registration No. 1,475,112 | S. & S. SOAP CO., INC. | Class 25: clothes, namely women's blouses |
| 9. | PINK POODLE, Registration No. 3,005,746 | KELLWOOD COMPANY | Class 25: women's apparel, namely, misses' pullovers, cardigans, tank tops, tee-shirts, sweaters, knit and woven tops, blouses |

|  | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| 10. | PINK STUFF, Registration No. 3,092,253 | A&E GROUP, INC. | Class 25: women's clothing, namely, scrub-like tops and pants for non-surgical purposes, t-shirts, jackets, bandanas, caps and socks |
| 11. | PINK SANDS SWIM, Registration No. 3,165,529 | ABOVE SEA LEVEL, INC. | Class 25: clothing, namely, swim wear, cover-ups, shorts, tops |
| 12. | THE PINK PANTHER, Registration No. 1,122,758 | METRO-GOLDWYN-MAYER STUDIOS INC. | Class 25: children's apparel-namely, sleepwear, t-shirts, tennis shorts, sweat bands, hats, scarves |
| 13. | PINKYOTTO, Registration No. 3,394,120 | PINKYOTTO INC | Class 35: retail clothing store services featuring private label clothing |
| 14. | PINK ICE, Registration No. 2,927,698 | CALIFORNIA DREAM CO., INC. | Class 35: retail shops featuring casual trendy clothing, shoes, undergarments and accessories for young ladies, namely blouses, jackets, t-shirts, dresses, miniskirts, sarongs, shorts, jeans, overalls, lingerie, hosiery, pajamas, shoes, hand bags, costume jewelry, sunglasses, hats, hair pins, and hair scrunches |
| 15. | PINK FLOYD, Registration No. 3,247,700 | PINK FLOYD (1987) LIMITED | Class 25: articles of outer clothing, namely, headbands, jackets, leather jackets, jerseys, jumpers, pajamas, pants, scarves, gloves, sweatshirts, sport shirts, shirts, t-shirts, trousers, wrist bands, hats, caps, and footwear |
| 16. | PINK LABEL, Registration No. 2,075,776 | OSCAR DE LA RENTA, LTD. | Class 25: women's wearing apparel, namely, knit and woven tops, shirts, blouses, slacks, skirts, coordinated and related outerwear, namely, |

|     | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
| --- | --- | --- | --- |
|     |     |     | coats, jackets, and vests, sweaters, suits, evening dresses, dresses, blazers, bodysuits, belts, scarves, and lingerie |
| 17. | PINK LADY, Registration Nos. 2,270,989; 2,269,463 | BRANDT'S FRUIT TREES, INC. | Class 25: footwear, headwear and clothing, namely, athletic type t-shirts, sweatshirt, sweatpants, jogging suits, shorts, coats, jackets, wind resistant jackets, hats, caps, visors, underwear, socks, tank tops, sweat bands, golf shoes, wrist sweatbands, pants, belts, sweaters, shorts, and rain wear |
| 18. | PINK LEMONADE, Registration No. 2,953,275 | THREE RAMS INTERNATIONAL, LLC | Class 25: clothing, namely jackets, vests, sweaters, shirts, pants, shorts, swimwear, shoes and hats |
| 19. | PINK LEOPARD, Registration No. 3,329,918 | PINK LEOPARD, LLC | Class 25: clothing, namely, women's cargo pants, drawstring pants, capri pants, t-shirts, skirts, hooded sweatshirts, tops, dresses, shorts, ponchos, sweaters, sweatshirts, caps and visors; children's cargo pants, leggings, t-shirts, skirts, hooded sweatshirts, tops, dresses, shorts, ponchos, sweaters, sweatshirts, jackets, vests, caps, visors, trousers; and infants' overalls, t-shirts, shorts, pants, trousers, dresses, hooded sweatshirts, sweatshirts, sweaters, jackets, vests, caps and visors |
| 20. | PINK LOTUS, Registration No. 3,048,243 | CMK MANUFACTURING, LLC | Class 25: men's, women's and children's footwear, headwear, beachwear and sportswear, namely hats, headbands, shirts, blouses, pants, skirts, shorts, |

|     | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|-----|---------------------------|---------------|-------|
|     |                           |               | shoes, sandals, bathing suits, sweat suits, sweatshirts and sweat pants |
| 21. | PINK BUDDAH, Registration No. 2,911,581 | CHEN, ESTHER | Class 25: clothing, namely, women's coats, jackets, blouses, sweaters, skirts, pants, vests, shorts, dresses, footwear, hosiery, swimsuits, underwear and lingerie |
| 22. | PINK CAT, Registration No. 3,101,332 | MYRDAHL, THOMAS | Class 25: clothing, namely t-shirts, underwear, socks, coats, sweaters, jackets, caps and hats |
| 23. | PINK PETALS, Registration No. 3,054,313 | DARGANI IMPEX INTERNATIONAL, INC. | Class 25: panties, brassieres, underwear, briefs, half-slips, full-slips, corsets, nightgowns, teddies, baby doll sleepwear, garter belts, pantyhose, socks, gloves, pajamas, sleepshirts, t-shirts, blouses |
| 24. | PINK PINEAPPLE, Registration No. 3,105,863 | HALL, STACKIE B.<br><br>HALL, GREGORY B. | Class 25: clothing, namely, dresses, skirts, trousers, shorts, blouses, tops, t-shirts, jackets, coats, 2 piece sets comprised of sweaters, waistcoats, shoes, sweaters |
| 25. | PINK PIRANHA, Registration No. 2,865,690 | PINK AVENUE LIMITED | Class 25: clothing, footwear, headwear, namely, underwear, lingerie, corsets, nightwear namely nights shirts, night gowns, pajamas, negligees, baby-dolls, nighties; club wear, namely theatrical and stage costumes for dancing and performances in night clubs and live shows; fancy dresses; fantasy clothing, namely costumes for use in role-playing games; dressing gowns; swimwear, hosiery, stockings, tights, suspenders; clothing |

|  | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
|  |  |  | accessories, namely gloves, scarves, bandanas, shawls, sarongs, veils, feather collars and cuffs for applying to clothing; and fantasy clothing accessories, namely gloves, scarves, bandanas, shawls, sarongs, veils, feather and fur boas, stoles, leg warmers, arm warmers, hoods, ear muffs, fur and feather collars and cuffs for applying to clothing, all for use in role-playing games |
| 26. | PINK PONY, Registration Nos. 3,036,422; 3,245,586 | PRL USA HOLDINGS, INC. | Class 25: wearing apparel, namely, sweaters and t-shirts (3,036,422)<br><br>Class 25: wearing apparel, namely, jackets, sweatshirts, sweat pants, hats, scarves, jerseys, jeans, turtlenecks and bikinis (3,245,586) |
| 27. | PINK CHROME, Registration No. 3,345,178 | IMPERIAL, DOREEN A. | Class 25: clothing, namely, shirts, pants, shorts, skirts, jackets, sweaters, socks, neckwear, footwear, headwear |
| 28. | PINKSPORT, Registration No. 2,728,088 | PINKSPORT, INC. | Class 25: full line of sports and leisure apparel; namely bra tops, sweatshirts, shorts, pants, shirts, t-shirts, jerseys, tights, stretch pants, socks, gloves, jackets, swimwear, cover ups, tankinis, bikinis, sweaters, caps, hats, visors, pull-overs, warm-up suits, rain suits, ski suits, snowboard suits, headbands, sweat pants, skirts, dresses, vests, athletic uniforms, unitards, leotards, underwear, thermal underwear, infant wear, coveralls, breeches, fleece |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | jackets, and fleece vests |
| 29. | PINK SNAPPER, Registration No. 2,771,687 | PORTER, MELISSA A. | Class 25: clothing, namely, t-shirts, sweat-shirts, sweat-suits, jackets, pants, shirts, blouses, skirts, dresses, sweaters, overalls, lingerie, underwear, headwear and footwear |
| 30. | PINK SODA, Registration No. 2,175,895 | LACHARITE APPAREL (1989) INC. | Class 25: girl's clothing, namely dresses, skirts, pants, jeans, sweaters, blouses, suits, blazers, shorts, tee-shirts and jackets |
| 31. | PINK SPIKE, Registration No. 2,917,392 | DILLET, FRED | Class 25: women's clothing, namely t-shirts |
| 32. | PINK STUDIO, Registration No. 2,901,740 | U.S. AFINA, INC. | Class 25: footwear and clothing, namely, dresses, shirts, pants, and belts |
| 33. | PINK COOKIE, Registration No. 2,967,112 | PINK COOKIE DESIGN, LLC | Class 25: clothing namely socks and sleepwear; footwear namely slippers, sandals and flip flops |
| 34. | PINK STUFF, Registration No. 3,331,180 | A&E GROUP, INC. | Class 25: scarves; footwear |
| 35. | PINK TACO, Registration No. 2,400,891 | MORTON, PETER A. | Class 25: clothing, namely, t-shirts, sweatshirts, pants, socks, jackets, vests and hats |
| 36. | PINK CURIONINE, Registration No. 3,314,849 | DMBM LLC | Class 25: apparel, namely men's, women's and children's pants, jeans, slacks, shirts, shorts, jackets, coats, shirts, sweaters, blouses, tops and vests |
| 37. | PINK VANILLA, Registration No. 2,838,279 | ALLISON PLACE SHIRT CORP. | Class 25: clothing, namely dresses, pants, skirts, shorts, blouses, t-shirts, jackets, sweaters, pajamas, and overalls |
| 38. | PINK VOODOO, | GNADER, MONA | Class 25: clothing, namely t- |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | Registration No. 3,340,431 | | shirts |
| 39. | PINK ZEBRA, Registration No. 3,024,751 | THE TJX COMPANIES, INC. | Class 25: children's clothing, namely, sweaters, dressses, tops, bottoms, jackets, coveralls and shoes |
| 40. | PINK RIBBON CLASSICS, Registration No. 3,333,015 | LEGENDS & HEROES, INC. | Class 25: clothing, namely, skirts, skorts, shirts, blouses, jackets, sweaters and belts |
| 41. | PINK RIBBON COLLECTION, Registration Nos. 2,633,571; 2,680,959 | LEGENDS & HEROES, INC. | Class 25: clothing and accessories, namely t-shirts, sweatshirts, jackets, jerseys, shirts, boxer shorts, ties, hats, caps and shoes (2,633,571)<br><br>Class 25: clothing and accessories, namely t-shirts, sweatshirts, jackets, jerseys, shirts, hats, caps and shoes (2,680,959) |
| 42. | PINK RIBBON SPA, Registration No. 3,196,101 | LEGENDS & HEROES, INC. | Class 25: clothing, namely, sleepwear and robes; clothing for use in the practice of yoga, namely, jackets, tunics, shirts, sweatshirts, tee shirts, pants and sweatpants |
| 43. | PINK & BLUE, Registration No. 1,850,748 | CABALLERO, CLEMENTE | Class 25: clothing; namely, cloth baby bibs, children's pants, shirts, baby layettes, girls dresses and maternity clothing; namely, blouses, bras, dresses, pants, shorts, stockings, t-shirts and underwear |
| 44. | PINK IN COLOR-MAGIC IN WEAR, Registration No. 1,478,801 | S. & S. SOAP CO., INC. | Class 25: clothes, namely women's blouses |
| 45. | PINK FLOYD, Registration No. 2,194,702 | PINK FLOYD (1987) LIMITED | Class 25: articles of outer clothing, namely, [headbands, jackets, leather jackets, jerseys, |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | jumpers, pajamas, pants, scarves, gloves, sweatshirts, sports shirts, shirts,] t-shirts [, trousers, wrist bands, hats, caps and footwear] |
| 46. | PINK THOMAS PINK JERMYN STREET LONDON, Registration No. 3,199,280 | THOMAS PINK LIMITED | Class 25: articles of clothing, namely, shirts, blouses, pants and skirts and dresses; underwear, namely, boxer shorts and underpants; neck ties, bow ties, cravats, scarves<br><br>Class 35: on-line retail and retail store services, mail order catalog services, all featuring clothing, cosmetics, jewelry, goods made of leather and imitations of leather, and watches |
| 47. | THE PINK ROOM, Registration No. 3,058,729 | YOOX. CO. | Class 25: clothing, namely, shirts, pants, skirts, jackets, suits, dresses, shorts, underwear, hats, and shoes |
| 48. | THE PINK TUNA, Registration No. 3,372,310 | THE PINK TUNA, INC. | Class 25: men's women's and children's clothing, namely, aprons, bathing suits, bathing trunks, beach and bathing coverups, beachwear, belts, bikinis, blazers, blouses, bodysuits, boxer shorts, bra tops, briefs, underwear, cloth bibs, coats, jackets, collared shirts, crop tops, dresses, gloves, hooded sweatshirts, infant and toddler one piece clothing, jeans, jogging suits, jumpsuits, knit shirts, nightgowns, nightshirts, pajamas, pants, play suits, polo shirts, ponchos, raincoats, scarves, shirts, shorts, skirts, slacks, sleepwear, suits, |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | sweatpants, sweatshirts, sweatbands, sweatshorts, swimwear, tank tops, ties, t-shirts, water shorts, wetsuits, wristbands, headgear, namely, bandanas, baseball hats, beanies, caps, hats, headbands, knit hats, sun visors, footwear, namely, boots, sandals, shoes, silppers, rubber shoes, deckshoes, athletic shoes |
| 49. | PINK COWBOYS, Registration No. 2,826,210 | BOO BEAR, L.L.C. | Class 35: retail services, namely children's clothing stores |
| 50. | PINK GORILLAS, Registration No. 3,112,782 | PINK GORILLAS, LLC | Class 35: on-line retail store services featuring clothing and accessories for babies and children |
| 51. | PINK SLIP, Registration No. 2,402,575 | CONSTELLATION INC. | Class 35: retail clothing store services featuring intimate apparel and lingerie |
| 52. | PINK TANGERINE, Registration No. 3,337,919 | PINK TANGERINE LLC | Class 35: retail store services featuring consumer good of others, namely, outerwear for infants, children, young adults, and women |
| 53. | PINK WASABI, Registration Nos. 3,041,137; 3,041,141 | CALLA DESIGNS, INC. | Class 35: retail clothing stores |
| 54. | PINK'S PAGE, Registration No. 3,318,912 | LEFTY PAW PRINT, LLC | Class 35: on-line ordering services and on-line retail store services featuring recorded musical products, jewelry and accessories therefor, clothing, posters, calendars, stickers, tour books and concert programs; retailing services via computer featuring recorded musical products, jewelry and accessories therefor, clothing, |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| | | | posters, calendars, stickers, tour books and concert programs |
| 55. | PINKITTY ELITE BOUTIQUE, Registration No. 3,359,637 | TAMARA FLETCHER | Class 35: on-line retail store services featuring clothing; retail apparel stores; retail clothing boutiques; retail clothing stores; retail clothing stores; temporary retail stores set up on-site at schools to provide shopping facilities for students |
| 56. | THE PINK PELICAN, Registration No. 2,851,941 | ROYAL INNOVATIONS, INC. | Class 35: retail store services in the field of clothing for men, women and children, gifts and home furnishings |
| 57. | THE PINK BANANA BOUTIQUE, Registration No. 3,059,903 | FITZGERALD, PAMELA | Class 35: online retail services and retail store services in the field of adult erotic items namely, clothing, marital aids, toys, oils, novelties, magazines, books, games and gifts |
| 58. | PINK & BLUE, Registration No. 3,113,709 | CABALLERO, CLEMENTE | Class 35: retail store services in the field of furniture, toys, shoes, clothing and accessories such as pacifiers, teethers, rattles, and training cups all for use for infants to toddlers |
| 59. | PINKGRAY, Registration No. 3,163,835 | PINKGRAY LLC | Class 35: online wholesale and retail ordering and store services featuring general merchandise, including clothing apparel |
| 60. | PINKCADDI, Registration Nos. 3,203,729; 3,203,750 | LE, CATHY | Class 25: dresses; golf shirts; hats; knit shirts; pants; polo shirts; shirts; skirts |
| 61. | PINK BENCH, Registration No. 3,394,670 | WRIGHT, ADRIENNE | Class 25: headbands |

|     | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
| --- | --- | --- | --- |
| 62. | PINK LADIES, Registration No. 3,408, 896 | PARAMOUNT PICTURES CORPORATION | Class 25: halloween costumes |
| 63. | PINK APPLE, Registration No. 3,322,147 | PINKAPPLE, INC. | Class 25: blouses, pants, skirts and dresses |
| 64. | PINK SUGAR, Registration No. 2,996,593 | PINK SUGAR, LLC | Class 25: shirts, blouses, t-shirts, sweaters, cardigans, tops, coats, jackets, dresses, skirts, pants, shorts, sweat shirts, sweat pants |
| 65. | PINK BUBBLE DREAMS, Registration No. 3,297,052 | PINK BUBBLE DREAMS, LLC | Class 25: short-sleeved or long-sleeved t-shirts |
| 66. | PINK GINGER CALIFORNIA, Registration No. 3,380,927 | PLUM PUDDING, LTD | Class 25: dresses, skirts, blouses, tops, pants, and sweaters |
| 67. | PINK THOMAS PINK SHIRTMAKER, Registration No. 1,525,808 | THOMAS PINK LIMITED | Class 25: shirts for gentlemen and ladies, ties, boxer shorts, socks |
| 68. | THE PINK ALIEN, Registration No. 3,095,557 | BARONET, KATHERINE | Class 25: ladies' and children's lingerie |
| 69. | PINKY & DIANNE, Registration No. 1,400,461 | YELLOW RIVER INC. | Class 25: women's and men's sportswear, namely, pants, shirts, blouses, sweaters, dresses, culottes, skirts, coats, capes, blazers, vests, rainwear, pants and tops, and suits |
| 70. | PINKY & ME , Registration No. 2,564,141 | GROUP USA | Class 25: women's clothing, namely skirts, blouses, dresses, sweaters, suits, raincoats, coats, camisoles, slips, shoes, and skirts and pants in coordinated sets with jackets, and clothing accessories, namely scarves, gloves and hats |
| 71. | PINKY & ROSY, | PHILHOBAR DESIGN | Class 25: ladies' and girls' clothing; namely t-shirts, polo |

|  | **MARK AND REGISTRATION NO.** | **CURRENT OWNER** | **GOODS** |
|---|---|---|---|
|  | Registration No. 3,294,874 | CANADA LTD. | shirts, sweaters, shirts, blouses, pants, overalls, shorts, skirts, coats, jackets, vests, turtlenecks; active wear, namely, shorts, sweatpants, sweat shirts, undergarments, sleepwear, robes |
| 72. | PINKY GIRLS, Registration No. 2,607,964 | SENEI INTERNATIONAL CO., LTD. | Class 25: adults' clothing, namely, dresses, skirts, shorts, pants, tops, jackets, t-shirts, sweatshirts, hats and footwear |
| 73. | PINKIE'S PLACE, Registration No. 2,958,524 | MERVYN'S BRANDS, LLC | Class 25: clothing, namely, shirts, pants, shorts, dresses, jackets, sleepwear, robes and underwear |
| 74. | ARMY PINK, Registration Nos. 2,873,854; 3,163,790 | BEMENT, ROBIN M. | Class 25: clothing, namely dresses, jackets, pants, and tops (2,873,854)<br><br>Class 25: clothing, namely dresses, jackets, pants, shirts and tops (3,163,790) |
| 75. | BONNIE PINK, Registration No. 2,467,007 | TAISUKE CO., LTD | Class 25: clothing, namely, anoraks, parkas, aprons, bandannas, caps, hats, head bands, head wear, jackets, jeans, mufflers, overalls, pajamas, pants, sandals, shifts, shirts, golf shirts, knit shirts, night shirts, polo shirts, sport shirts, sweat shirts, sweat pants, undershirts, shoes, socks, sweaters, t-shirts, tank tops and vests |
| 76. | CLASSIC PINK, Registration No. 3,383,451 | EXCELHIGH, INC. | Class 25: clothing, namely, shirts, pants, shorts, jackets, sweaters, dresses, blouses and skirts |
| 77. | GOT PINK?, Registration | LITTLE PINK BOOK | Class 25: clothing, headwear, and footwear for men, women |

|  | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
|  | No. 3,190,024 | LLC | and children, namely, belts, jackets, coats, tops, vests, blouses, jerseys, bottoms, shorts, pants, trousers, boxer shorts, loungewear, socks, sweaters, sweat shirts, sweat pants, aprons, t-shirts, hats, caps, sun visors, and slippers |
| 78. | HOT PINK, Registration No. 2,667,353 | LUCKY BRAND DUNGAREES, INC. | Class 25: clothing, namely, shirts, blouses, t-shirts, tank tops, tops, vests, sweaters, dresses, skirts, overalls, pants, jeans, shorts, bottoms, sweatshirts, sweat pants, sweat suits, sleepwear, bodysuits, and swimwear |
| 79. | JUST PINK, Registration No. 2,440,538 | ROBERTS, KIMBERLY ANN | Class 25: women's and children's clothing, footwear and headwear, namely, dresses, jumpers, sweatshirts, pajamas, robes, swimsuit cover-ups, tights, headbands, house slippers, gloves, hair ties, skirts, vest, blouses, shirts, t-shirts, sweaters, pants, shorts, coats, jackets, raincoats, ponchos, parkas, capes, blazers, v-shirts, swimsuits, swimwear, knit tops, tunics, leggings, overalls, jumpsuits, bodysuits, catsuits, rompers, sweatsuits, leotards, crop tops, sleepwear, undershorts, lingerie, hats, hosiery, socks, belts, suspenders, boots, scarves, shoes, slippers, and sandals |
| 80. | POP & PINK, Registration No. 3,268,479 | ULTRA ULUSLARARASI TICARET VE TEKSTIL SANAYI ANONIM SIRKETI | Class 25: clothing, namely, loungewear, lingerie, coats, jackets, pants, suits, shirts, blouses, bathing suits, shorts, ties, sweaters, costumes, dresses, skirts, socks, scarves, |

- 15 -

|  | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
|  |  |  | gloves; footwear; underwear; headgear, namely, caps, hats, bandanas, berets, bonnets<br><br>Class 35: bringing together, for the benefit of others, of a variety of goods, namely clothing, excluding the transport thereof, enabling customers to conveniently view and purchase those goods via a global network |
| 81. | THOMAS PINK, Registration No. 2,429,601 | THOMAS PINK LIMITED | Class 25: men's and women's clothing, namely shirts; polo shirts; ties; bow ties; boxer shorts; socks; silk pocket squares; cravats; collars for shirts; expanding armbands for holding sleeves; scarves and knitwear, namely, sweaters and vests<br><br>Class 35: retail store services in the field of men's and women's clothing and accessories |
| 82. | TICKLED PINK, Registration No. 3,056,403 | FU DA INTERNATIONAL, LTD. | Class 25: women's, men's and children's clothing, sportswear, outerwear, and activewear, namely, suits, jackets, coats, jogging suits, dresses, sweaters, shirts, blouses, ties, skirts, shorts, pants, tops and bottoms |
| 83. | ULTRA PINK, Registration No. 2,038,575 | PULSE CREATIONS, INC. | Class 25: clothing, namely, jackets, coats, blouses, skirts, pants, shorts, t-shirts, sweatshirts, and sweaters |
| 84. | WEAR IT PINK, Registration Nos. 3,290,283; 3,195,682 | BREAST CANCER CAMPAIGN | Class 25: clothing, namely men's and women's shirts, polo shirts, knit tops, vests, blouses, t-shirts, tennis and golf dresses, sweaters, shorts, namely, |

|  | **MARK AND REGISTRATION NO.** | **CURRENT OWNER** | **GOODS** |
|---|---|---|---|
|  |  |  | walking shorts, bathing suits, beach and swimming cover-ups, pants, ponchos, tank tops, warm-up suits namely, jogging suits and sweat suits; jeans, suits, blazers, dinner jacket and formal wear namely tuxedos, gowns and evening dresses, rainwear and raincoats, outerwear, namely coats, jackets and underwear; footwear; headgear; namely hats, caps, scarves and headdresses |
| 85. | PORCHES IN PINK FOR BREAST CANCER RESEARCH, Registration No. 3,280,127 | NATIONAL BREAST CANCER FOUNDATION | Class 25: clothing, namely, beachwear, dresses, skirts, nightwear, pants, polo shirts, pullovers, shirts, shorts, singlets, sleepwear and t-shirts; footwear; headgear, namely, bandanas, caps, beanies, hats, head scarves and head sweat bands |
| 86. | RICH PINK GIRL, Registration No. 3,337,027 | ADG, LLC | Class 25: women's clothing, namely, dresses, shirts, pants, jeans, jackets, coats, vests, sweaters, knit tops, skirts, blouses, socks, stockings, t-shirts, sweatshirts and lingerie |
| 87. | COUNTRY GOES PINK, Registration No. 3,326,710 | ZABORSKI, MARCEY | Class 25: clothing, namely, t-shirts |
| 88. | PRETTY IN PINK, Registration No. 3,336,182 | CHICAGO TEXTILE & APPAREL DESIGN, LTD. | Class 25: clothing for girls in infant to children's sizes, namely, dresses, bloomers, blouses, longalls, pants, hats, and headbands |
| 89. | DREAM IN PINK, Registration No. 2,516,946 | 5 SENSES LLC | Class 25: women's mens and childrens apparel; namely jackets, jeans, shirts, pants, blouses, skirts and slacks |

| | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
| 90. | GRAFFIT PINK, Registration No. 3,355,571 | GRAFFITI PINK, INC. | Class 35: on-line retail store services featuring lingerie, jewelry, bath and body care products, apparel and women's accessories |
| 91. | SPOILED PINK, Registration No. 3,151,389 | PITTI BIMI, INC. | Class 35: retail store services featuring children's clothing and clothing and fashion accessories |
| 92. | PURPLE AND PINK, Registration No. 3,015,568 | MARCIANO, CHARLY | Class 25: clothing, namely petticoats, sports jackets, vests, jackets, coats, raincoats, overcoats, anoraks, waist coats, capes, cloak, pulloers, cardigans, jersey, jerkins, jumpers, track suits, pants, trousers, slacks, leggings, sweaters, sweatshirts, sweat pants, blouses, bodysuits, dresses, skirts, t-shirts, tank tops, shorts, jeans, berumudas, suits, socks, stoles, scarves, ties, gloves, belts, underwear, corsets and bathing suits, hats, caps, cap peaks, shoes, boots, sandals |
| 93. | SHADES OF PINK, Registration No. 3,340,618 | EXCELHIGH, INC. | Class 25: clothing, namely, shirts, pants, shorts, jackets, sweaters, dresses, blouses and skirts |
| 94. | SASSY PINK PEPPERS WWW.SASSYPINKPEPPERS.COM LAUGH.DANCE.MOVE ON., Registration No. 3,191,008 | MATHEIS, TERRI | Class 35: on-line retail store services featuring clothing and jewelry; association services, namely, promoting the interests of divorced women |
| 95. | 2PINK, Registration No. 3,041,199 | ET-A-KIT, LLC | Class 25: t-shirts, tops, sweaters, jeans, pants |
| 96. | THINK PINK, Registration | G.B. INTERNATIONL | Class 25: trousers, jackets, pullovers, jerseys, foulards, |

|  | MARK AND REGISTRATION NO. | CURRENT OWNER | GOODS |
|---|---|---|---|
|  | No. 1,615,483, 1,266,927 | S.P.A. | socks, overalls, boots and shoes |
| 97. | FAT PINKY JOE'S, Registration No. 3,204,709 | SUMMERALL, VICTOR L. | Class 25: clothing articles, namely, shirts, sandals and sun visors |
| 98. | NOVEAU PINK, Registration No. 3,260,283 | AMITEJ INC. | Class 25: womens and children clothing namely dresses, pants, tops, 2 piece sets comprised of tips and bottoms, blouses, jackets, loungewear and eveningwear namely dresses, coats, skirts and tops |
| 99. | U.S. PINK, Registration No. 3,410,851 | O'GENIC GROUP USA INC. | Class 25: belts |
| 100. | GIRLS BEHAVING PINKLY, Registration No. 2,951,720 | NIHC, INC. | Class 35: retail store services featuring cltohing, belts, hats, gloves, footwear, hosiery, jewelry, handbags, small leather goods, cosmetics and sunglasses; and promoting the sale of clothing, belts, hats, gloves, footwear, hosiery, jewelry, handbags, small leather goods and sunglasses through special sales events |
| 101. | PINKO, Registration No. 2,199,721 | CRIS CONF S.P.A. | Class 25: pullovers; gloves; cardigans; jerseys; neckwear; sweaters; trousers; pants; skirts; jackets; shirts; vests; jumpers; track suits; blouses; blousons; jeans; sweat pants; gym suits; knickers; shorts; t-shirts; sweat-shirts; suits and dresses; overcoats, coats, anoraks; raincoats; belts; suspenders; underwear; beachwear; footwear; headwear |
| 102. | PINKO SUNDAY MORNING, Registration | CRIS CONF S.P.A. | Class 25: anoraks; beachwear; belts; blazers; blouses; blousons; cardigans; chemises; |

| | *MARK AND REGISTRATION NO.* | *CURRENT OWNER* | *GOODS* |
|---|---|---|---|
| | No. 2,996,395 | | vests; coats; overcoats; raincoats; dresses; gloves; gowns; gym suits; hosiery; jackets; jerseys; jumpers; knickers; neckwear; pants; pansuits; parkas; pullovers; rainwear; robes; scarves; shirts; shorts; skirts; sleepwear; socks; stockings; suits; suspenders; sweat pants; sweat shirts; sweat suits; sweaters; t-shirts; tailleurs; tops; being clothing; tracksuits; trousers; jeans; underclothes; underwear; head wear; footwear; shoes |

# EXHIBIT C





The Black Dog

Store | Tavern | Cafe | Bakery | Tall Ships

Keyword or Item #    All Products

MY ACCOUNT

## Store – Ladies

Store
Spring Essentials
BD Top Sellers
Web Specials
BD Gear
Sale
Mens
**Ladies**
   Tees & Shirts
   Sweatshirts & Sweaters
   Bottoms
   Hats
   Outerwear
   View All Items
Kids
Infant/Toddler
Dog
Housewares
Totes
Footwear
Accessories
Gift Cards
Gourmet Products
Gourmet Ingredients
Size Charts
Color Chart
General Store History
Locations
Store
Gourmet Ingredients





**Adult High Seas Reflective Raincoat**
$49.00



**Size Charts**
**Color Chart**
**General Store History**
**Locations**
**Return to BD Store**

| Gift Cards | Catalog | Guestbook | Web Cam | Returns | Press | Jobs | Privacy Policy |



**Online Payments**

*Sure, you'd like to think she loves you more than the dog...*
*Cover your bases...* **DOGS CAN'T BUY GIFTS!**
**10% Off Mother's Day SALE**

MOTHER'S DAY - MAY 11th. ORDER PERSONALIZED ITEMS BY MAY 5th.
**Click Here to Share Your Story and Earn Coupons!**



## Dachschaund Polo Shirt - Ladies stretch polo

~~$29.99~~
**Sale: $26.99**
**Save: 10% off**

We've taken the classic sport shirt and given a truly modern feel. Fitted, with a great shape-retaining stretch fabric. Crisp flat knit collar and cuffs add to the modern styling. Designed to be work tucked or untucked. This shirt is a hip, tight fitting style. Please note the **sizing chart** if you're unsure. C or D cups should order a large or better.



**larger image**

**Click to View Colors & Item**

**Please Choose:**

**Breed Logo**

    ---CONFIRM BREED LOGO VERSION---  ▼

**Item Color** [ --- ▼ ]

**Size** [ Small ▼ ]

Quantity to Add: [ 1 ]

**Proceed To Cart**

For example, Dog's Name (stitched under logo)
**Optional Personalization** [                    ]  (+$4.50)

We'll do our best to match your dog's coloring!
**Dog Color/Description:** [                    ]

Click this icon to save and share a bookmark to this item on your social page of choice:

BOOKMARK



**Customers who bought this product also purchased...**





**Dachschaund Tote Bag**

Authorize.Net
Online Payments

Copyright © 2008 Vansant Creations.

Welcome to the company that prints everything. We screenprint, offset print, engrave, vinyl cut and dome. Call us for domed decals, case labels, t-shirts, beverage

 

# White Dog Press
### A Bismark Company

west highland terrier merchandise, westie merchandise, white dog merchandise, west highland terrier, westie, white dog, west highla

**Home**

**Why White Dog?**

**On-Line Catalog**

**White Dog Stuff**

**About the Dog**

**Questions**

**Search**

**Contact Us**



Secured by thawte
2008-04-24



501
**the classic tee**

Our classic black 100% cotton tee shirt
with the **White Dog** logo on front &
"White Dog USA" on back.

Specify size - Adult S, M, L, XL, XXL, XXXL

**$9.95**

**click here to order**
*Buy with confidence and security on our
secure server.*



502
**the trendy tee**

Our 100% cotton tee shirt in assorted colors
with the **White Dog** logo on front &
"White Dog USA" on back.

Specify color - denim blue, athletic heather,
azure blue, coral reef pink, navy,
*New!!!: chestnut brown, pine green, and
iris (shown)*

**$11.95**

**click here to order**
*Buy with confidence and security on our
secure server.*





**506**
**the mock turtle**

Our classic black 100% cotton super heavyweight jersey knit mock turtleneck shirt. Cozy and classic, with the **White Dog** logo on front & "White Dog USA" on back.

Specify size - Adult M, L, XL, XXL

**$14.95**

**click here to order**
*Buy with confidence and security on our secure server.*

**507**
**the denim shirt**

Our 100% cotton  shirt is perfect fit for any wardrobe. Embroidered over the pocket with the **White Dog** logo.

Specify size - Adult M, L, XL, XXL, XXXL

**$28.95**

**click here to order**
*Buy with confidence and security on our secure server.*

**516**
**the full zip fleece**

Our polyester fleece full zip jacket will keep you cozy and warm. Heavy duty nylon zipper, elastic cuffs & waistband. Two side pockets. Embroidered with the **White Dog** logo on the left chest.

Specify size - Adult M, L, XL, XXL
*XXXL (*black  or navy only)

Specify color: **black, navy,** or **gray**

**$54.95**

**click here to order**
*Buy with confidence and security on our secure server.*



516
*full zip*

517
*quarter zip*



504
**the classic cap**

Low profile, with the **White Dog** logo embroidered on front, "white dog" & paw print on back.

One adjustable size fits all.

**$14.95**

**click here to order**
*Buy with confidence and security on our secure server.*



508
**the two-tone cap**

Low profile, with the **White Dog** logo embroidered on front, "white dog" & paw print on back.

One adjustable size fits all.

Specify color:
**black / khaki** brim
**dark denim / black suede** brim
**lt blue denim / tan suede** brim

**$15.95**

**click here to order**
*Buy with confidence and security on our secure server.*





**510**
**the blanket**

Snuggle up with your Westie under our fleece stadium blanket. Convenient carry strap. Embroidered with the **White Dog** logo and web address.

Specify color: **black, navy** or **gray**

**$24.95**

**click here to order**
*Buy with confidence and security on our secure server.*

**518**
**the waist apron**

Perfect for treats for training or combs for grooming! Black waist apron with the **White Dog** logo screenprinted in white and gold on the front.

**$11.95**

**click here to order**
*Buy with confidence and security on our secure server.*



gift boxed set

logo on top

whitedogpress.com

on back

on gift box cover

White Dog Press



**514**
**the finger puppy**

Slip this little finger puppet on and you're a
child again! Hand-crafted in New England
exclusively for White Dog! The photos just
don't show how cute he really is.  Like the
**White Dog** logo, this puppet captures the
Westie spirit. It's also a perfect off-white
color for those days when you have a not-so-



**515**
**the pin**

You may already wear your love for your
Westie on your sleeve - now you can wear it
on your lapel! **White Dog logo on a**
9/16" x 1-3/16" oval lapel pin.  Genuine
cloisonne & brass with military clutch as
shown.

**$14.95**

**click here to order**
*Buy with confidence and security on our
secure server.*

white dog!
**CAUTION** *It's tiny so it's a choking hazard for small children.*

$9.95

**click here to order**
*Buy with confidence and security on our secure server.*

© 2004, A Bismark Company. The White Dog Logo is a registered trademark of A Bism No reproduction in any form without our written consent. All violations will be prosecut

Production times range from 2 to 30 working days, but average around 15 working days.
Call for estimated production time. Prices do not include shipping or applicable sales tax.
Prices and specifications are subject to change without notice.

**home    why white dog?    on-line catalog    white dog stuff    about our dog    contact us    screen printing    offset printing    vinyl cutting    engraving    promotional products    graphic design    pad printing    manufacturing    questions    your opinion counts    search**

- BOOKS & CDs

- ALL

**Unique gifts, T-Shirts and more**

**Search T-Shirt & Clothing:**

dog lover

[Go]

**Last Chance** to ship economy for delivery by Mother's Day    Details ▶





click to view
front / back:



**View Larger**

Color: **Ash Grey**

☐ ▣

Home > Marketplace > Dog Lover > Product Selection > I Love My Bichon Frise Hooded Sweatshirt

# I Love My Bichon Frise Hooded Sweatshirt

From Good Dog Gifts

**Product Details**

Fit: Standard

 Not too tight, not too loose.

**Fabric Thickness:**



Thin          Thick

Stay warm with our Hanes Ultimate Cotton Pullover Hood. Constructed with a heavyweight 90/10 cotton/polyester blend. Thick (but not bulky), comfortable, durable and guaranteed.

- 10.1 oz. patented PrintPro® fabric in a 90/10 cotton/polyester blend
- Standard fit
- Spandex trim in cuffs and waistband

**$27.99**

Size:  Size Chart
Small

Color:
Ash Grey

Qty:
1    [Add to Cart]

AVAILABILITY: In Stock.
Product Number: 178465‹

Tell a friend about this pro
View other Hooded Sweats

**You might also like...**





[I Love My Bichon Frise Golf Sh...](#) $19.99



[I Love My Bichon Frise White T...](#) $17.99



[I Love My Bichon Frise Ringer ...](#) $17.99



[I Love My Bichon Frise Long Sl...](#) $22.99

## Your recent history [Clear](#)|[Disable](#)



[I Love My Bichon Frise Hooded ...](#) $27.99

Customer Service | About Us | Jobs | Sitemap | Affiliate Program | Gift Certificates | Blog

All Content Copyright © 1999-2008 CafePress.com.
All rights reserved. Use of this web site constitutes acceptance of the Terms of Service.
Privacy Policy | Intellectual Property Policy | Content Disclaimer






**Home | Newsletter | Contact Us**



## Your Order

🛒 Cart & Checkout

❓ Help

🕐 Order Status

## Shop by Product

Stickers & Magnets ▼
Men's/Unisex Apparel ▼
Women's Apparel ▼
Juniors Apparel ▼
Kid's Clothing ▼
More Clothing ▼
Cards & Prints ▼
Housewares ▼

Holiday Labradors ▼

## Dog Gift Sections

All Labradors
Chocolate Labs
Yellow Labs
Black Labs
Lab Mixes
Rescue Labs
Lab Quotes
Lab Photography

## Dakota's Den

About Us
Press and Media
Lab Tails Newsletter



**Labrador Retriever Dog Gifts : Light T-Shirt**

Look cool without breaking the bank. Our durable, high-quality, pre-shrunk100% cotton t-shirt what to wear when you want to go comfortably casual. Preshrunk, durable and guaranteed.

<< | 1 | 2 | 3 | 4 | 5 | >>



MORE COLORS AVAILABLE
**4th of July Lab Light T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**8PawsUp Logo Light T-Shirt**
our price: $24.99



MORE COLORS AVAILABLE
**Adopt Homeless Lab Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**All About Lab Light T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**All About Labs Light T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**All Lab Outline Ash Grey T-Shirt**
our price: $21.99

**Link to Us**

**Contact Us**



MORE COLORS AVAILABLE
**All Lab Taxi Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Angel Pup??? Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Anime Black Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Anime Chocolate Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Anime Yellow Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Best Rescue Lab Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Black Grandlab Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Black Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Black Lab Crest - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Black Lab Crest - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Black Lab Flag Light T-Shirt**
our price: $21.00



MORE COLORS AVAILABLE
**Black Lab Outline Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Black Lab Rules Light T-Shirt**
our price: $19.99



MORE COLORS AVAILABLE
**Black Lab Taxi Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Black Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Black Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Black Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Boarding Lab Light T-Shirt**
our price: $21.99







MORE COLORS AVAILABLE
**Brown Noser Ash Grey T-Shirt**
our price: $17.99

MORE COLORS AVAILABLE
**Can't Have Just One (LAB) Light T-Shirt**
our price: $22.99

MORE COLORS AVAILABLE
**Chocolate Grandlab Ash Grey T-Shirt**
our price: $21.99







MORE COLORS AVAILABLE
**Chocolate Lab Ash Grey T-Shirt**
our price: $17.99

MORE COLORS AVAILABLE
**Chocolate Lab Crest - Light T-Shirt**
our price: $23.99

MORE COLORS AVAILABLE
**Chocolate Lab Crest - Light T-Shirt**
our price: $23.99







MORE COLORS AVAILABLE
**Chocolate Lab Flag Light T-Shirt**
our price: $21.00

MORE COLORS AVAILABLE
**Chocolate Lab Heartbeat Ash Grey T-Shirt**
our price: $21.99

MORE COLORS AVAILABLE
**Chocolate Lab Hunting Dog Ash Grey T-Shirt**
our price: $17.99







MORE COLORS AVAILABLE
**Chocolate Lab Outline Ash Grey T-Shirt**
our price: $21.99

MORE COLORS AVAILABLE
**Chocolate Lab Rules Light T-Shirt**
our price: $19.99

MORE COLORS AVAILABLE
**Chocolate Lab Taxi Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Chocolate Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Chocolate Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Chocolate Lab Therapy - Light T-Shirt**
our price: $23.99



MORE COLORS AVAILABLE
**Color Row Lab Light T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Comic Strip Black Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Comic Strip Chocolate Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Comic Strip Yellow Lab Ash Grey T-Shirt**
our price: $17.99



MORE COLORS AVAILABLE
**Counting Labs Ash Grey T-Shirt**
our price: $21.99



MORE COLORS AVAILABLE
**Devoted Lab Dad Ash Grey T-Shirt**
our price: $21.99

<< | 1 | **2** | 3 | 4 | 5 | >>

8PawsUp Home | Lab Articles | About 8PawsUp | U.S. Lab Rescues | Charitable Giving | News & Updates | Contact 8PawsUp | Links | CatWire Gifts | Sitemap

http://www.8pawsup.com/cgi-bin/store/cpshop.cgi/light_tshirt                    4/24/2008

  

Storefront design by **Peon Productions.**
**Copyright SKS Designs. All Rights Reserved.**



Periwinkle

# EXHIBIT D



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout**   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 039. G & S: CLOTHING, NAMELY, HATS, T-SHIRTS, SWEATSHIRTS AND SHORTS. FIRST USE: 19780515. FIRST USE IN COMMERCE: 19780515. |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies |
| **Serial Number** | 73828024 |
| **Filing Date** | September 27, 1989 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 7, 1990 |
| **Registration Number** | 1620023 |
| **Registration Date** | October 30, 1990 |
| **Owner** | (REGISTRANT) BLACK DOG TAVERN COMPANY, INC., THE CORPORATION MASSACHUSETTS BEACH STREET EXTENSION VINEYARD HAVEN MASSACHUSETTS 02568 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Prior Registrations** | 1561546 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20010529. |
| **Renewal** | 1ST RENEWAL 20010529 |

**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 29 04:15:32 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout**  Please logout when you are done to release system resources allocated for you.

**Start**  List At: [        ]  OR  **Jump** to record: [        ]    **Record 37 out of 76**

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing and clothing accessories, namely, shirts, pants, sweaters, skirts, dresses, coats, suits, neckties, swimwear, underwear, lingerie, hosiery, pajamas; footwear. FIRST USE: 20000000. FIRST USE IN COMMERCE: 20000000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows<br>03.01.17 - Cats, dogs, wolves, foxes, or bears with forepaws resting on a shield, crest or other object<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 78418542 |
| **Filing Date** | May 13, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 1, 2005 |
| **Registration Number** | 3066756 |
| **Registration Date** | March 7, 2006 |
| **Owner** | (REGISTRANT) L.C. Licensing, Inc. CORPORATION DELAWARE 1441 Broadway New York NEW YORK 10018 |

(LAST LISTED OWNER) **JUICY COUTURE**, INC. CORPORATION CALIFORNIA 12720 WENTWORTH STREET PACOIMA CALIFORNIA 91331

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | William J. Spatz, Esq. |
| **Description of Mark** | The mark consists of the image of a dog. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST

NEXT LIST    FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: [cosmetics, namely perfumes, toilet water, essential oils for personal use, make-up products, namely make-up foundation, facial powder, make-up remover, eye-liner, eyebrow pencil, eye shadow, lipstick, mascara, blush; body soap, face soap, toilet soap, bath soap, hair lotions and dentrifice]

IC 014. US 002 027 028 050. G & S: [precious metals and their alloys sold in bulk], jewelry[, precious gemstones,] horological and chronometric instruments, namely watches [ and clocks]

IC 018. US 001 002 003 022 041. G & S: [leather and imitations of leather sold in bulk, animal skins and hides, trunks and ] bags for travelling, umbrellas, [parasols and walking sticks; whips, harnesses, saddlery], tote bags, wallets, pocketbooks and purses

IC 025. US 022 039. G & S: women's clothing, namely [dresses, skirts, blouses, ] sweaters[, undergarments], scarves, headwear [and footwear] |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies
03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 74488053 |
| **Filing Date** | February 8, 1994 |
| **Current Filing Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | June 20, 1995 |
| **Registration** | |

| | |
|---|---|
| **Number** | 1917526 |
| **Registration Date** | September 12, 1995 |
| **Owner** | (REGISTRANT) Agatha Diffusion LTD LIAB CO FRANCE 99, Rue de Rennes 75006 Paris FRANCE |
| **Attorney of Record** | Amy F. Divino |
| **Priority Date** | December 10, 1993 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060524. |
| **Renewal** | 1ST RENEWAL 20060524 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LABRADOR RETRIEVER |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Backpacks; duffel bags; athletic bags; beach bags; briefcases; business card cases; credit card cases; collars for animals; dog collars; garment bags for travel; handbags; harnesses for animals; pocket wallets; purses; purses, not of precious metal; rucksacks; satchels; school bags; school satchels; shopping bags of textile; sling bags for carrying infants; suitcases; traveling bags; umbrellas; and wallets. FIRST USE: 19960731. FIRST USE IN COMMERCE: 20020720 |
| | IC 025. US 022 039. G & S: Clothing, namely; jackets; skirts; trousers; sweat pants; ski wear; cardigans; sweaters; vests; open necked shirts; sport shirts; blouses; polo shirts; shirts; camisoles; aprons; socks; stockings; gloves; mufflers; bandannas; hats; and caps. FIRST USE: 19960731. FIRST USE IN COMMERCE: 20020721 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.08 - Dogs; Puppies |
| **Serial Number** | 75830720 |
| **Filing Date** | October 22, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 8, 2002 |
| **Registration Number** | 2805168 |
| **Registration Date** | January 13, 2004 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Yugen Kaisha New England CORPORATION JAPAN 23-2, Jingumae 6- chome Shibuya-Ku, Tokyo JAPAN |
| **Attorney of Record** | Kathryn A. Tyler |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: leather purses and shoulder bags, leather pouches, leather wallets, and leather backpacks. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| | IC 024. US 042 050. G & S: fabric holiday table runners, textile table napkins, bed blankets, bed sheets, textile placemats, pot holders, quilts, coverlets, and throw quilts. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| | IC 025. US 022 039. G & S: Nightshirts, T-shirts, jackets, blazers, jumpers, vests, dresses, sweatshirts, coats, hats, aprons, leather belts, and bolo ties. FIRST USE: 20040101. FIRST USE IN COMMERCE: 20040101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.13 - Hearts used as backgrounds or carriers<br>03.01.07 - Dogs displayed in silhouettes or as shadows |
| **Serial Number** | 78451115 |
| **Filing Date** | July 15, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 7, 2006 |
| **Registration Number** | 3200366 |
| **Registration Date** | January 23, 2007 |
| **Owner** | (REGISTRANT) Cross, Saudjie INDIVIDUAL UNITED STATES #116 316 Mid-Valley Carmel CALIFORNIA 93923 |

| | |
|---|---|
| **Attorney of Record** | Gordon D. Kinder |
| **Description of Mark** | The mark consists of the outline of the head of a labrador Retriever appearing within a heart outline. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LOVE A MUTT |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, T-shirts. FIRST USE: 20000301. FIRST USE IN COMMERCE: 20000301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.13 - Hearts used as backgrounds or carriers<br>03.01.08 - Dogs; Puppies<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 75927741 |
| **Filing Date** | February 24, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 3, 2000 |
| **Registration Number** | 2503075 |
| **Registration Date** | October 30, 2001 |
| **Owner** | (REGISTRANT) Dillof, Nina T. INDIVIDUAL UNITED STATES 1933 Francisco Street Berkeley CALIFORNIA 94709 |
| **Attorney of Record** | Chester Rothstein |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | PLANET DOG EARTH'S BEST FRIEND |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Articles for dogs made of organic and recycled fabrics, namely, leashes, collars, beds and chews. FIRST USE: 20000211. FIRST USE IN COMMERCE: 20000211 |
| | IC 025. US 022 039. G & S: Clothing and head gear, namely hats, scarves, vests and tee shirts. FIRST USE: 20000211. FIRST USE IN COMMERCE: 20000211 |
| | IC 028. US 022 023 038 050. G & S: Toys for dogs made of organic and recycled materials, namely, chewing toys and flying discs. FIRST USE: 20000211. FIRST USE IN COMMERCE: 20000211 |
| | IC 031. US 001 046. G & S: Dog biscuits. FIRST USE: 20000211. FIRST USE IN COMMERCE: 20000211 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle. |
| **Serial Number** | 76130063 |
| **Filing Date** | September 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 26, 2001 |
| **Registration** | |

| | |
|---|---|
| **Number** | **2490661** |
| **Registration Date** | September 18, 2001 |
| **Owner** | (REGISTRANT) Planet Ventures, Inc. CORPORATION MAINE 424 Fore Street Portland MAINE 04101 |
| **Attorney of Record** | JONATHAN T. HARRIS |
| **Prior Registrations** | 2169756 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DOG" and the design of a dog and dog biscuits APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, pants, shirts, hats, caps, neckwear, jackets, rainjackets, coats, waterproof leggings, parkas, vests, underwear, skirts, dresses, sports shirts, knitted shirts, woolen shirts, t-shirts, singlets, tracksuits, shorts, socks, shoes, sandals, boots, slippers, ties, cravats, scarves. FIRST USE: 19870000. FIRST USE IN COMMERCE: 19990412 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies |
| **Serial Number** | 76183797 |
| **Filing Date** | December 21, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 24, 2002 |
| **Registration Number** | 2747954 |
| **Registration Date** | August 5, 2003 |
| **Owner** | (REGISTRANT) SPECIALTY BRANDS LIMITED LIMITED COMPANY NEW ZEALAND 21 Scanlan Street Grey Lynn Auckland NEW ZEALAND |
| | (LAST LISTED OWNER) PULP & GUNN HOLDINGS PTY LIMITED CORPORATION AUSTRALIA 71 MUNRO STREET AUCHENFLOWER, QUEENSLAND 4066 AUSTRALIA |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Attorney of Record** | Nancy C. DiConza |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GOLD DOG |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING; NAMELY SHIRTS, SWEATSHIRTS, T- SHIRTS, JACKETS, HATS, SOCKS, FOOTWEAR, GLOVES, TIES, SCARVES, BELTS, UNDERCLOTHING, SHORTS, AND PANTS; EXCLUDING - REFLECTIVE CLOTHING AND REFLECTIVE PRODUCTS FOR, OR RELATING TO, PETS OR OTHER ANIMALS. FIRST USE: 19981000. FIRST USE IN COMMERCE: 19981000 |
| | IC 035. US 100 101 102. G & S: RETAIL STORE SERVICES FEATURING CLOTHING FOR HUMAN BEINGS AND ANIMALS VIA A GLOBAL COMPUTER NETWORK, AND MAIL ORDER SERVICES IN THE FIELD OF CLOTHING FOR HUMAN BEINGS AND ANIMALS. FIRST USE: 19981000. FIRST USE IN COMMERCE: 19981000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>26.07.13 - Diamonds, exactly two diamonds; Two diamonds<br>26.07.21 - Diamonds that are completely or partially shaded |
| **Serial Number** | 75565937 |
| **Filing Date** | October 7, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 29, 2000 |
| **Registration Number** | 2646086 |
| **Registration Date** | November 5, 2002 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Malicke, Denise INDIVIDUAL UNITED STATES 5188 Forestview Ct. Brighton MICHIGAN 48116 |
| **Attorney of Record** | Douglas L. Wathen |
| **Description of Mark** | The dog that forms a portion of the mark is gold in color and color is claimed as the feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Stickers, newsletters in the field of estate planning, fund raising events and the training and use of dogs by the blind or with impaired eyesight, manuals in the field of estate planning, fund raising events and the training and use of dogs by the blind or with impaired eyesight, brochures in the field of estate planning, fund raising events and the training and use of dogs by the blind or with impaired eyesight, pamphlets and brochures on wills and estates, decals and stationery. FIRST USE: 19970131. FIRST USE IN COMMERCE: 19970131

IC 018. US 001 002 003 022 041. G & S: Puppy bibs and puppy jackets. FIRST USE: 19970131. FIRST USE IN COMMERCE: 19970131

IC 025. US 022 039. G & S: Clothing namely, tee shirts, sweat shirts, jackets, hats, caps, golf towels, socks. FIRST USE: 19970131. FIRST USE IN COMMERCE: 19970131

IC 041. US 100 101 107. G & S: Educational services, namely, providing information by seminars, classes, pamphlets and brochures on wills and estates, training guide dogs for the assistance of blind persons and training blind persons in the use of guide dogs. FIRST USE: 19970131. FIRST USE IN COMMERCE: 19970131

IC 042. US 100 101. G & S: Charitable services, namely, providing, health care, and food for guides dogs, providing lodging, food, guide dogs and blind persons, and promoting public awareness of the needs of blind persons; providing information in the field of wills. FIRST USE: 19970131. FIRST USE IN COMMERCE: 19970131 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 76143015 |

| | |
|---|---|
| **Filing Date** | October 10, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 2, 2001 |
| **Registration Number** | 2522186 |
| **Registration Date** | December 25, 2001 |
| **Owner** | (REGISTRANT) INTERNATIONAL GUIDING EYE, INC. CORPORATION CALIFORNIA 13445 Glenoaks Boulevard Sylmar CALIFORNIA 91342 |
| **Attorney of Record** | DONALD S GRIER |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ISAR |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Blank note cards; Monographs in the field of animal rights and animal welfare. FIRST USE: 20060320. FIRST USE IN COMMERCE: 20060320 |
| | IC 018. US 001 002 003 022 041. G & S: Tote bags. FIRST USE: 20060700. FIRST USE IN COMMERCE: 20060700 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Mugs. FIRST USE: 20070424. FIRST USE IN COMMERCE: 20070424 |
| | IC 025. US 022 039. G & S: Sweat shirts; T-shirts. FIRST USE: 20060700. FIRST USE IN COMMERCE: 20060700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.04 - Cats, domestic Cats; Kittens<br>03.01.07 - Dogs displayed in silhouettes or as shadows<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Trademark Search Facility Classification Code** | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings<br>LETTER-3-OR-MORE ISAR Combination of three or more letters as part of the mark |
| **Serial Number** | 78852624 |
| **Filing Date** | April 3, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| **Published for Opposition** | November 14, 2006 |
| **Registration Number** | **3332382** |
| **Registration Date** | November 6, 2007 |
| **Owner** | (REGISTRANT) International Society for Animal Rights CORPORATION D.C. 965 Griffin Pond Road Clarks Summit PENNSYLVANIA 18411 |
| **Attorney of Record** | Barbara L. Friedman |
| **Prior Registrations** | 1792576 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of The words ISAR below the silhouetted views of a dog and a cat. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TBR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DOGLEG RIGHT |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely caps, shirts, jackets, sweaters and rainsuits. FIRST USE: 19950131. FIRST USE IN COMMERCE: 19950131<br><br>IC 028. US 022 023 038 050. G & S: sporting goods, namely golf clubs, golf bags and golf club head covers. FIRST USE: 19950131. FIRST USE IN COMMERCE: 19950131 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows<br>03.01.08 - Dogs; Puppies<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>21.03.01 - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table tennis balls; Tennis balls |
| **Trademark Search Facility Classification Code** | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings<br>ART-21.03 Sporting articles; merry-go-rounds |
| **Serial Number** | 77138980 |
| **Filing Date** | March 23, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 11, 2007 |
| **Registration** | 3343577 |

Case 1:08-cv-08451-SHS-THK    Document 6-6    Filed 04/29/2008    Page 25 of 37

| | |
|---|---|
| **Number** | |
| **International Registration Number** | 0945564 |
| **Registration Date** | November 27, 2007 |
| **Owner** | (REGISTRANT) Dogleg Right Corporation CORPORATION TEXAS Suite 180 11999 Plano Road Dallas TEXAS 75243 |
| **Attorney of Record** | Gregory W. Carr |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a dog and ball with the words DOGLEG RIGHT. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | MY WIENER |
| **Goods and Services** | IC 025. US 022 039. G & S: Clothing, namely, t-shirts, sweatshirts, sweat pants, sweaters, pants, pant-suits, underwear, loungewear, lingerie, socks, shoes, coats, belts, head, neck and wrist bands, sweat bands, hats, gloves, scarves, swimsuits, beach cover-ups, and jeans. FIRST USE: 20030513. FIRST USE IN COMMERCE: 20030825 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers |
| **Serial Number** | 78467208 |
| **Filing Date** | August 13, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 13, 2005 |
| **Registration Number** | 3125740 |
| **Registration Date** | August 8, 2006 |
| **Owner** | (REGISTRANT) Ripple Junction Design Co. CORPORATION OHIO 11529 Goldcoast Drive Cincinnati OHIO 45249 |
| **Attorney of Record** | Karen Kreider Gaunt, Esq. |
| **Type of Mark** | TRADEMARK |

| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| Word Mark | SALTY PAWS PUNTA GORDA (26° 55' 43" N) (82° 03' 55" W) |
|---|---|
| Goods and Services | IC 025. US 022 039. G & S: clothing, namely, T-shirts, sweatshirts, and hats. FIRST USE: 19940301. FIRST USE IN COMMERCE: 19940301 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 01.01.03 - Star - a single star with five points<br>03.01.08 - Dogs; Puppies<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>17.07.05 - Compasses (directional); Directional compasses, including mariner's compasses and compass points |
| Serial Number | 78406307 |
| Filing Date | April 22, 2004 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 24, 2006 |
| Registration Number | **3119143** |
| Registration Date | July 25, 2006 |
| Owner | (REGISTRANT) Holden, Bonnie INDIVIDUAL UNITED STATES 75 Ferry Rd. Bristol RHODE ISLAND 02809<br><br>(LAST LISTED OWNER) SALTY PAWS, INC. CORPORATION FLORIDA 5104 BOND ROAD NORTH PORT FLORIDA 34288 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE PUNTA GORDA (26° 55' 43" N) (82° 03' |

55" W) APART FROM THE MARK AS SHOWN

**Type of Mark**    TRADEMARK
**Register**    PRINCIPAL-2(F)
**Live/Dead Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | DLR |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely caps, shirts, jackets, sweaters and rainsuits. FIRST USE: 20030805. FIRST USE IN COMMERCE: 20030805 |
| | IC 028. US 022 023 038 050. G & S: sporting goods, namely golf clubs, golf bags and golf club head covers. FIRST USE: 20030805. FIRST USE IN COMMERCE: 20030805 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows<br>03.01.08 - Dogs; Puppies<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>21.03.01 - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table tennis balls; Tennis balls |
| **Trademark Search Facility Classification Code** | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings<br>ART-21.03 Sporting articles; merry-go-rounds<br>LETTER-3-OR-MORE DLR Combination of three or more letters as part of the mark |
| **Serial Number** | 77129813 |
| **Filing Date** | March 13, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 13, 2007 |
| **Registration** | 3375159 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | January 29, 2008 |
| **Owner** | (REGISTRANT) Dogleg Right Corporation CORPORATION TEXAS Suite 180 11999 Plano Road Dallas TEXAS 75243 |
| **Attorney of Record** | Gregory W. Carr |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a dog and ball with the letters DLR. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: APPAREL, NAMELY, FEMALE BOXER SHORTS WORN AS LOUNGEWEAR OR UNDERWEAR, HATS, T-SHIRTS, BLOUSES, SKIRTS, SWIMSUITS, TANK TOPS, CAMISOLES, AND LOUNGEPANTS. FIRST USE: 20050306. FIRST USE IN COMMERCE: 20050606 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>09.01.04 - Bows, decorative; Ribbons, giftwrap (gift wrap); Ribbons, hair |
| **Trademark Search Facility Classification Code** | ANI-MAMM Mammalia;accuracte depiction of warm-blooded animals except for human beings<br>ART-09.01 Textiles other than clothing |
| **Serial Number** | 78563085 |
| **Filing Date** | February 8, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 12, 2006 |
| **Registration Number** | **3336074** |
| **Registration Date** | November 13, 2007 |
| **Owner** | (REGISTRANT) Raymond, Rebecca Kimberley INDIVIDUAL UNITED STATES c/o Lance Wallace 1710 Rose Mill Circle Midlothian VIRGINIA 23112 |
| **Description of** | Color is not claimed as a feature of the mark. The mark consists of english boxer dog with large sash/ribbon |

| | |
|---|---|
| **Mark** | tied around neck. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: Shirts, t-shirts, tank tops, sweat shirts, sweat pants, pants, shorts, headwear. FIRST USE: 19940000. FIRST USE IN COMMERCE: 19940000 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.08 - Dogs; Puppies<br>03.01.16 - Heads of cats, dogs, wolves, foxes, bears, lions, tigers<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges<br>26.01.09 - Circles having animals as a border; Circles having geometric figures as a border; Circles having humans as a border; Circles having objects as a border; Circles having plants as a border; Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle.<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.02 - Plain single line triangles; Triangles, plain single line<br>26.05.13 - Triangles, exactly two triangles; Two triangles<br>26.05.16 - Triangles touching or intersecting<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 78443207 |
| **Filing Date** | June 29, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 4, 2005 |
| **Registration Number** | 3276262 |
| **Registration Date** | August 7, 2007 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Southboro Kennels inc. CORPORATION MASSACHUSETTS 47 Oregon Rd. Southboro MASSACHUSETTS 01772 |
| **Attorney of Record** | Brian Gibbons |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Apr 24 04:10:38 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |

*( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 025. US 022 039. G & S: shirts and tops, pants, shorts, sweatshirts and sweat pants, sweatsuits, caps and hats, sleepwear and underwear. FIRST USE: 20030101. FIRST USE IN COMMERCE: 20030101 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.01.07 - Dogs displayed in silhouettes or as shadows<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 78262870 |
| **Filing Date** | June 16, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 10, 2004 |
| **Registration Number** | 2899657 |
| **Registration Date** | November 2, 2004 |
| **Owner** | (REGISTRANT) Marco Polo Explorers, Inc. CORPORATION OHIO 744 Wakefield Place Cincinnati OHIO 45226 |
| **Attorney of Record** | Daniel B. Runk |
| **Description of Mark** | The mark consists of a stylized image of the profile of a small dog in a semi-seated position. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**Indicator**

