UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------x <br> VICTORIA'S SECRET STORES <br> BRAND MANAGEMENT, INC., <br><br>               Plaintiff, <br>  - against– <br><br> INTERTEX APPAREL LTD. <br> and MACY'S, INC. <br>               Defendant. <br> ------------------------------------------------------------x | Case No. 08-CV-03452 <br> (SHS) (THK) |
| INTERTEX APPAREL LTD., <br><br>           Counterclaim-Plaintiff, <br>  - against <br><br> VICTORIA'S SECRET STORES BRAND <br> MANAGEMENT, INC. <br><br>           Counterclaim-Defendant. <br> ------------------------------------------------------------x | |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Intertex Apparel, Ltd. ("Intertex") and Macy's. Inc. ("Macy's") certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

1. With respect to Defendant Intertex, it is not a publicly held corporation, and has no publicly held parents, affiliates, or subsidiaries.

- 2 -

2. With respect to Defendant Macy's, it is a publicly held corporation and has no publicly held parents, affiliates, or subsidiaries.

Dated: April 29, 2007　　　　　　　　SONNENSCHEIN NATH & ROSENTHAL LLP
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　/s/ Martin P. Michael
　　　　　　　　　　　　　　　　　　Martin P. Michael (MM-6867)
　　　　　　　　　　　　　　　　　　David R. Baum (DB-5013)
　　　　　　　　　　　　　　　　　　Rebecca Hughes Parker (RP-6262)

　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York  10020
　　　　　　　　　　　　　　　　　　Tel:  (212) 768-6700
　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800