UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

              Plaintiff,

             -against-

INTERTEX APPAREL LTD. AND MACY'S,
INC.,

              Defendants.

08 CV 03452 (SHS)

**MOTION FOR SUBSTITUTION OF
COUNSEL**

Plaintiff Victoria's Secret Stores Brand Management, Inc. ("Victoria's Secret"), hereby

moves for an Order, pursuant to Local Civil Rule 1.4, substituting O'Melveny & Myers LLP for

Colucci & Umans as attorneys of record for Victoria's Secret in the above-captioned matter. In

support of this motion, Victoria's Secret submits the following papers: Notice of Substitution of

Counsel on Consent for Plaintiff Victoria's Secret Stores Brand Management, Inc., Declaration

of Dale Cendali in Support of the Notice of Substitution of Counsel, and a Proposed Order for

Substitution of Counsel.

Dated: May 14, 2008
New York, New York

_____
Dale Cendali, Esq.
Johanna Schmitt, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000
Fax: (212) 326-2061

Attorneys for Plaintiff
Victoria's Secret Stores Brand Management,
Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

                Plaintiff,

          -against-

INTERTEX APPAREL LTD. AND MACY'S,
INC.,

              Defendants.

08 CV 03452 (SHS)

**NOTICE OF SUBSTITUTION
OF COUNSEL ON CONSENT FOR
PLAINTIFF VICTORIA'S SECRET
STORES BRAND MANAGEMENT, INC.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Victoria's Secret Stores Brand Management, Inc. substitutes as its counsel and attorney of record in this matter O'MELVENY & MYERS LLP in the place and stead of COLUCCI & UMANS. All papers in this matter should henceforth be served upon O'MELVENY & MYERS LLP, at the address listed below.

As evidenced below, the undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter. Facsimile signatures shall be deemed original for the purposes of this Notice.

Dated:  May 13, 2008
New York, New York

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.

_____
Carol Matorin
Senior Vice President and Senior Counsel
Victoria's Secret Stores Brand Management,
Inc.
1740 Broadway
26th Floor
New York, New York  10019
Tel:  (212) 884-3477


O'MELVENY & MYERS LLP

_____
Dale Cendali, Esq.
Johanna Schmitt, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Tel:  (212) 326-2000
Fax: (212) 326-2061


Attorneys for Plaintiff
Victoria's Secret Stores Brand Management,
Inc.

COLUCCI & UMANS

_____
Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, NY 10022-7681
Tel:  (212) 935-5700
Fax: (212) 935-5728

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

            Plaintiff,

        -against-

INTERTEX APPAREL LTD. AND MACY'S,
INC.,

            Defendants.

08 CV 03452 (SHS)

**[PROPOSED] ORDER**

---

UPON the Notice of Substitution of Counsel on Consent for Plaintiff, Victoria's Secret

Stores Brand Management, Inc. ("Victoria's Secret"), executed by prior counsel Frank J. Colucci

of Colucci & Umans, by Carol Matorin of Victoria's Secret, and Dale Cendali of O'Melveny &

Myers LLP; and upon the supporting Declaration of Dale Cendali, dated May 13, 2008;

IT IS ORDERED that O'Melveny & Myers LLP be substituted for Colucci & Umans as

attorneys of record for Victoria's Secret.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as

counsel in this case shall be entered on the Court's docket.  A notation of Dale Cendali and

Johanna Schmitt of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square,

New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

 IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of

record in this case.

Dated: May ___, 2008
New York, New York

                                                   _____
                                                   Honorable Sidney H. Stein
                                                   United States District Judge

## CERTIFICATE OF SERVICE

I, Emily Blumsack, an attorney at O'Melveny & Myers LLP, certify that on May 14, 2008, I caused to be served by mail and electronic mail on all counsel of record listed below, in an action pending in the United States District Court, Southern District of New York, styled *Victoria's Secret Stores Brand Management, Inc. v. Intertex Apparel Ltd. and Macy's, Inc.*, 08 Civ 03452 (SHS), true and correct copies of the Motion for Substitution of Counsel, Notice of Substitution of Counsel on Consent for Plaintiff, Victoria's Secret Stores Brand Management, Inc., and a Proposed Order.

_____
Emily Blumsack

To:
Carol Matorin
Senior Vice President and Senior Counsel
Victoria's Secret Stores Brand Management, Inc.
1740 Broadway
26th Floor
New York, New York  10019
Tel:  (212) 884-3477

Frank J. Colucci, Esq.
Colucci & Umans
218 East 50th Street
New York, New York  10022-7687
Tel:  (212) 935-5700
Fax:  (212) 935-5728

Martin P. Michael, Esq.
David R. Baum, Esq.
Rebecca Hughes Parker
Sonnenschein, Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York  10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800
Attorneys for Defendants,
Intertex Apparel Ltd. and Macy's Inc.

1738329