USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

RECEIVED
MAY 14 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES

Times Square Tower
7 Times Square
New York, New York 10036
TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

NEWPORT BEACH
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TOKYO
WASHINGTON, D.C.

May 14, 2008

OUR FILE NUMBER
600000-00003

**VIA FACSIMILE (212) 805-7924**

**MEMO ENDORSED**

WRITER'S DIRECT DIAL
(212) 326-2051

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St., Room 1010
New York, NY 10007

WRITER'S E-MAIL ADDRESS
dcendali@omm.com

Re:   *Victoria's Secret Stores Brand Management, Inc. v. Intertex Apparel Ltd. and Macy's, Inc. (Case No. 08-CV-03452 (SHS))*

Dear Judge Stein:

We have been retained as new litigation counsel by plaintiff Victoria's Secret Stores Brand Management, Inc. in the above-referenced matter and will be filing a Motion for Substitution of Counsel later today.

We understand that an initial court conference has been scheduled for Friday, June 13, 2008 at 11:00 a.m. Unfortunately, we have a preexisting conflict on that date, and thus we respectfully request that the Court reschedule the conference during the following week. This request is our first request to reschedule the conference. Defendants' counsel have consented to our request and informed us that they are available on either Thursday, June 19, or Friday, June 20, 2008.

We thank you for your consideration.

Respectfully submitted,

*Dale M. Cendali*

Dale M. Cendali
of O'MELVENY & MYERS LLP

*The conference is adjourned to June 19, 2008, at 3:30 p.m.*

cc:   Martin Michael, Esq. (Counsel for defendants; via email)
      David Baum, Esq. (Counsel for defendants; via email)
      Rebecca Hughes Parker, Esq. (Counsel for defendants; via email)

SO ORDERED 5/14/08

SIDNEY H. STEIN
U.S.D.J.