USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

              Plaintiff,

          -against-

INTERTEX APPAREL LTD. AND MACY'S,
INC.,

              Defendants.

08 CV 03452 (SHS)

[~~PROPOSED~~] ORDER

UPON the Notice of Substitution of Counsel on Consent for Plaintiff, Victoria's Secret

Stores Brand Management, Inc. ("Victoria's Secret"), executed by prior counsel Frank J. Colucci

of Colucci & Umans, by Carol Matorin of Victoria's Secret, and Dale Cendali of O'Melveny &

Myers LLP; and upon the supporting Declaration of Dale Cendali, dated May 13, 2008;

IT IS ORDERED that O'Melveny & Myers LLP be substituted for Colucci & Umans as

attorneys of record for Victoria's Secret.

IT IS FURTHER ORDERED that the appearance of O'Melveny & Myers LLP as

counsel in this case shall be entered on the Court's docket. A notation of Dale Cendali and

Johanna Schmitt of O'Melveny & Myers LLP, located at Times Square Tower, 7 Times Square,

New York, NY 10036, will be made on the roll of attorneys for the above-captioned case.

Case 1:08-cv-03452-SHS   Document 8   Filed 05/14/2008   Page 3 of 3

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of

record in this case.

Dated: May 16, 2008
New York, New York

_____
Honorable Sidney H. Stein
United States District Judge