UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

                                                Plaintiff,

- against –                                               Case No. 08-CV-03452 (SHS) (THK)

INTERTEX APPAREL LTD.
and MACY'S, INC.
                                            Defendant.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

      Please enter my appearance as counsel in this case as counsel for Defendants Intertex Apparel Ltd. and Macy's, Inc.

      I certify that I am admitted to practice in this Court.

Dated: May 21, 2008
       New York, New York

                              SONNENSCHEIN NATH & ROSENTHAL LLP

                                 /s/ Martin P. Michael
                            Martin P. Michael (MM-6867)

                            1221 Avenue of the Americas
                            New York, New York 10020
                            Tel:  (212) 768-6700
                            Fax:  (212) 768-6800