UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
VICTORIA'S SECRET STORES
BRAND MANAGEMENT, INC.,

                                  Plaintiff,

- against –                           Case No. 08-CV-03452 (SHS) (THK)

INTERTEX APPAREL LTD.
and MACY'S, INC.

                                Defendant.
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Parties of Record:

      Please enter my appearance as counsel in this case for Defendants Intertex Apparel Ltd. and Macy's, Inc.

      I certify that I am admitted to practice in this Court.

Dated: June 3, 2008
       New York, New York

                            SONNENSCHEIN NATH & ROSENTHAL LLP

                                /s/ David R. Baum
                          David R. Baum (DB-5013)

                          1221 Avenue of the Americas
                          New York, New York 10020
                          Tel:  (212) 768-6700
                          Fax:  (212) 768-6800