Dale M. Cendali
Johanna Schmitt
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiff Victoria's Secret Stores Brand Management, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>INTERTEX APPAREL LTD. and MACY'S, INC.,<br><br>Defendants. | Case No. 08 CV 03452 (SHS)<br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Johanna Schmitt of O'Melveny & Myers LLP as

counsel for plaintiff Victoria's Secret Stores Brand Management, Inc. in the above-captioned

case.

Dated:  New York, New York
        June 4, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
        Johanna Schmitt
        O'Melveny & Myers LLP
        Times Square Tower
        7 Times Square
        New York, New York  10036
        (212) 326-2000

NY1:1740647.1