UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    -against-<br><br>INTERTEX APPAREL LTD. and MACY'S, INC.,<br><br>    Defendants. | Case No. 08 CV 03452 (SHS)<br>ECF Case<br><br>**JOINT RULE 26(f) REPORT** |

  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiff Victoria's Secret Stores Brand Management, Inc. ("Plaintiff") and Defendants Intertex Apparel Ltd. and Macy's Inc. (collectively, "Defendants") respectfully submit this Joint Rule 26(f) Report.

  On May 28, 2008, counsel for the Plaintiff and counsel for the Defendants met and conferred by telephone to consider:

  1. what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a) including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

  2. the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

  3. what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

  4. orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

**Rule 26(a) Initial Disclosures**

The parties have agreed to exchange written disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by June 12, 2008.

**Discovery**

The parties agree that discovery should not be conducted in phases or limited or focused on one particular issue or issues.

The parties agree that no change in the limitations on discovery imposed under the federal rules or the local rules should be made, nor should any other limitations be imposed.

**Proposed Scheduling Order**

The parties propose the following schedule:

(1) Joinder of additional parties by June 27, 2008.

(2) Amend the pleadings by June 27, 2008.

(3) All fact discovery to be completed by March 27, 2009.

(4) Expert disclosures under Rule 26(a)(2) by April 24, 2009.

(5) Rebuttal expert reports by May 25, 2009.

(6) Expert discovery to be completed by June 30, 2009.

(7) Dispositive motions shall be filed and served by July 31, 2009.

**Stipulated Protective Order**

The parties contemplate moving the Court for a Stipulated Protective Order to facilitate production of confidential documents and information in the course of discovery.

**Settlement Status**

The parties engaged in initial settlement discussions but agreed that they were futile at this juncture.

Respectfully submitted,

Dated: June 4, 2008

O'MELVENY & MYERS LLP

By: _____
Dale M. Cendali
Johanna Schmitt
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiff and Counterclaim Defendant Victoria's Secret Stores Brand Management, Inc.*

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Martin Michael
David Baum
Rebecca Hughes Parker
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Defendant and Counterclaim Plaintiff Intertex Apparel Ltd. and Defendant Macy's, Inc.*

**SO ORDERED on this ___ day of June 2008**

_____
**Hon. Sidney H. Stein, U.S.D.J.**

3