UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,

                 Plaintiff,

    -against-

INTERTEX APPAREL LTD., and MACY'S,
INC.,

                 Defendants.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08
```

08 Civ. 3452 (SHS) (THK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_    Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_    Settlement*

\_\_\_\_    Inquest After Default/Damages Hearing

\_\_\_\_    Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_    Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_\_    Habeas Corpus

\_\_\_\_    Social Security

\_\_\_\_    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: \_\_\_\_

Dated: New York, New York
        June 19, 2008

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.