UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.

                        Plaintiff,

            -against-

INTERTEX APPAREL LTD. AND MACY'S,
INC.,

                     Defendant.
-----------------------------------------------------------------x

                                   08 CIVIL 03452 (SHS)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Johanna Schmitt__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __3055522__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* O'Melveny & Myers, LLP, 7 Times Square, New York, NY 10036

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: __June 20, 2008__     /s/ Johanna Schmitt