Dale M. Cendali
Johanna Schmitt
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiff Victoria's Secret Stores Brand Management, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> INTERTEX APPAREL LTD. and MACY'S, INC., <br><br> Defendants. | Case No. 08 CV 03452 (SHS) (THK) <br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

Please enter the appearance of Emily Blumsack of O'Melveny & Myers LLP as counsel for plaintiff Victoria's Secret Stores Brand Management, Inc. in the above-captioned case.

Dated: New York, New York
       August 12, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Emily Blumsack
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036
eblumsack@omm.com
(212) 326-2000

NY1:1749285.1